AO 440 (Rev. 8,101) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

F I L E D
Clerk
District Court

OCT 1 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

JOHN BRADY BARRINEAU
    PLAINTIFF

V.

PRO MARINE TECHNOLOGY and CABRAS MARINE CORPORATION
    DEFENDANTS

**SUMMONS IN A CIVIL ACTION**

## CV 05-0028

CASE NUMBER:

TO: (Name and address of Defendant)

CABRAS MARINE CORPORATION
522, CHALAN PASAHERO
TAMUNING, GUAM  96913

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BRUCE BERLINE, ESQ.
P.O. BOX 5682  CHRB
SAIPAN, MP  96950

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

GALO L. PEREZ
CLERK

(By) DEPUTY CLERK

DATE

SEP 1 4 2005

RECEIVED
CARLSMITH BALL
Date: 09-21-05
Time: 11:00am  By:

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>Sept. 21, 2005 |
| NAME OF SERVER (PRINT)<br>MICHAEL J. PEREZ | TITLE<br>RUNNER / PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: **CARLSMITH BALL LAW OFFICE**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/21/05
　　　　　　　Date　　　　　　Signature of Server

455 S. MARIE CORP DRIVE TAMUNING
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.