FILED
Clerk
District Court

OCT 31 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Tim Roberts, Esq.
Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone (671) 646-1222
Facsimile  (671) 646-1223

Eric Smith, Esq.
Law Offices of Smith & Williams
Former Mai Thai Building, Garapan
Post Office Box 5133, CHRB
Saipan, MP 96950
Telephone (670) 233-3334
Facsimile  (670) 233-3336

Attorneys for Defendant
Pro Marine Technology

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN BRADY BARRINEAU ) | CIVIL ACTION NO. CV05-0028 |
| ) | |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | **ANSWER OF DEFENDANT PRO MARINE** |
| ) | **TECHNOLOGY TO CROSS CLAIM OF** |
| PMT TECHNOLOGY and CABRAS ) | **DEFENDANT CABRAS MARINE** |
| MARINE CORPORATION ) | **CORPORATION** |
| ) | |
| Defendants.  ) | |
| ) | |

COMES NOW Defendant **PRO MARINE TECHNOLOGY** (hereinafter "**PMT**"), through counsel, Dooley Roberts & Fowler LLP, by Tim Roberts, Esq., and hereby responds to the Cross Claim filed herein by Defendant/Cross-Claimant Cabras Marine Corporation ("**CMC**"), as follows:

Answer of PMT Technology to Cross
Claim of Cabras Marine Corporation
*Barrineau vs. Pro Marine Technology, et al.*
Civil Case No. CV 05-0028
Page 2 of 4

1. PMT admits the allegations contained in paragraph 1 of the Cross Claim.

2. PMT admits the allegations contained in paragraph 2 of the Cross Claim.

3. PMT admits the allegations contained in paragraph 3 of the Cross Claim.

4. PMT admits the allegations contained in paragraph 4 of the Cross Claim.

5. PMT lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in paragraph 5 of the Cross Claim, and on that basis denies the same.

6. PMT admits the allegations contained in paragraph 6 of the Cross Claim.

7. PMT admits the allegations contained in paragraph 7 of the Cross Claim.

8. PMT admits the allegations contained in paragraph 8 of the Cross Claim.

9. Responding to the allegations set forth in paragraph 9 of the Cross Claim, PMT denies that Plaintiff suffered any damages, lacks knowledge or information sufficient to form a belief as to what Plaintiff was doing at the time of the incident referred to therein, but admits the remainder of the allegations contained therein.

10. PMT admits the allegations contained in paragraph 10 of the Cross Claim.

11. PMT admits the allegations contained in paragraph 11 of the Cross Claim.

12. PMT admits the allegations contained in paragraph 12 of the Cross Claim.

13. PMT admits the allegations contained in paragraph 13 of the Cross Claim.

14. PMT lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth paragraph 14 of the Cross Claim, and on that basis denies the same.

15. PMT admits the allegations contained in paragraph 15 of the Cross Claim.

16. PMT admits the allegations contained in paragraph 16 of the Cross Claim.

Answer of PMT Technology to Cross
Claim of Cabras Marine Corporation
*Barrineau vs. Pro Marine Technology, et al.*
Civil Case No. CV 05-0028
Page 3 of 4

17.    Paragraph 17 is conclusion of law to which no answer is required

18.    PMT denies the allegations contained in paragraph 18 of the Cross Claim.

## AFFIRMATIVE DEFENSES

1.    The Cross Claim filed by CMC fails to state a claim for which relief can be granted.

2.    Any damages sustained by CMC were caused by the independent negligence of CMC, as alleged in the Complaint, thus CMC's damages must be reduced proportionately by the amount of causal negligence attributable to CMC.

3.    Any damages sustained by CMC were caused by the negligence of CMC, which is greater than the negligence of PMT, if any, and thus CMC's claims are barred in their entirety.

4.    CMC's own negligence was the superseding or intervening cause of any damages the Plaintiff and CMC may have sustained and CMC may not recover against PMT.

5.    PMT reserves its right to assert such further affirmative defenses as may appear as discovery proceeds.

## PRAYER

WHEREFORE, PMT prays for relief herein as follows:

1.    That CMC takes nothing against PMT by way of its Cross Claim;

2.    That the PMT be dismissed with prejudice;

3.    That PMT be awarded its costs in defending this action;

Answer of PMT Technology to Cross
Claim of Cabras Marine Corporation
*Barrineau vs. Pro Marine Technology, et al.*
Civil Case No. CV 05-0028
Page 4 of 4

    4.   For such other and further relief as the Court may deem just and proper.

Respectfully submitted.

                                                      DOOLEY ROBERTS & FOWLER LLP
                                                      LAW OFFICES OF SMITH & WILLIAMS

Dated: Oct 31, 2005           By: _____
                                                      TIM ROBERTS, ESQ.
                                                      ERIC SMITH, ESQ.
                                                      Attorneys for Defendant PMT

F:\Documents\TLR (07.04)\D109\D109-61 PMT (Barrineau)\D109-61.Answer to Cross Claim.doc