FILED
Clerk
District Court

NOV 01 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE U.S. DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CIVIL ACTION NO. CV- 05-0028

JOHN BRADY BARRINEAU
　　Plaintiff(s),

v.

PRO MARINE TECHNOLOGY and
CABRAS MARINE CORPORATION
　　Defendant(s).

**PROOF OF SERVICE**

I hereby declare, under penalty of perjury, that on the __31ST__ day of __OCTOBER__, 2005 at __4:43__ a.m./**p.m.**, I personally served upon __CARLSMITH BALL LLP ATTORNEYS AT LAW__, a true and correct copy of the:

☐　Summons and Complaint

☐　Order dated _____

☑　Other (specify) __ANSWER OF DEFENDANT PRO MARINE TECHNOLOGY, ANSWER OF DEFENDANT PRO MARINE TECHNOLOGY TO CROSS CLAIM OF DEFENDANT CABRAS MARINE CORPORATION__ in the above-captioned matter.

Service was made as follows:

☐　By delivering it to the aforesaid person.
☑　By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.

☑ By delivering it to MARYLYN CAMACHO, who is an officer, agent, employee or person authorized to receive the document(s) on behalf of the individual or corporation.

The place where said service was made was: CAPITOL HILLS, SAIPAN

The charge for service was: $ 20-00 .

Dated: NOV. 01, 2005 .

_____
ELMER BARROGO

Hearing Date: N/A