FILED
Clerk
District Court

NOV 0 1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE U.S. DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CIVIL ACTION NO. CV- 05-0028

JOHN BRADY BARRINEAU
Plaintiff(s),

v.

PRO MARINE TECHNOLOGY and
CABRAS MARINE CORPORATION
Defendant(s).

**PROOF OF SERVICE**

I hereby declare, under penalty of perjury, that on the __31st__ day of __OCTOBER__, 2005 at __4:55__ a.m/p.m, I personally served upon __W. FITZGERALD ESQ. / BRUCE BERLIN ESQ.__, a true and correct copy of the:

☐ Summons and Complaint

☐ Order dated _____

☑ Other (specify) __ANSWER OF DEFENDANT PRO MARINE TECHNOLOGY, ANSWER OF DEFENDANT PRO MARINE TECHNOLOGY TO CROSS CLAIM OF DEFENDANT CABRAS MARINE CORPORATION__ in the above-captioned matter.

Service was made as follows:

☐ By delivering it to the aforesaid person.
☐ By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.

✓ By delivering it to  RAENA CELIS , who is an officer, agent, employee or person authorized to receive the document(s) on behalf of the individual or corporation.

The place where said service was made was:  GARAPAN, SAIPAN 

The charge for service was: $ 20.00 .

Dated:  NOV. 01, 2005 .

_____
ELMER BARROGO

Hearing Date:  N/A