CARLSMITH BALL LLP

DAVID LEDGER
JOHN D. OSBORN
Carlsmith Ball LLP Building
Capitol Hill
Post Office Box 5241
Saipan, MO 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Cabras Marine Corporation

FILED
Clerk
District Court

NOV 02 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN BRADY BARRINEAU,<br><br>  Plaintiff,<br><br>vs.<br><br>PROMARINE TECHNOLOGY and CABRAS MARINE CORPORATION,<br><br>  Defendants. | CIVIL ACTION NO. CV05-0028<br><br>**DEFENDANT'S REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE; CERTIFICATE OF SERVICE** |

On October 31, 2005, Defendant and Crossclaim Defendant ProMarine Technology filed an Answer to the Cross Claim of Defendant Cabras Marine Corporation. On November 1, 2005, the Court filed an Order setting the Case Management Conference for November 25, 2005 at 10:30 a.m..

Defendant Cabras Marine hereby respectfully requests the Court to reschedule the Case Management Conference to November 28 or November 30, **(but not November 29, 2005).**

4845-6038-7584.1.052540-00009

This request is based on Counsel's unavailability on November 25, 2005 due to Ninth Circuit oral argument in Honolulu, Hawaii during the week of November 21, 2005, and pre-existing travel plans in conjunction with the Thanksgiving holiday on November 24, 2005.

DATED: Hagåtña, Guam, November 2, 2005.

CARLSMITH BALL LLP

/s/ David Ledger

DAVID LEDGER
Attorneys for Defendant
Cabras Marine Corporation

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of November 2005, I will cause to be served, via hand delivery, a true and correct copy of **DEFENDANT CABRAS MARINE CORPORATION'S REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE ON THE** following Counsels of record:

William M. Fitzgerald, Esq.
Law Office of William M. Fitzgerald
1st Floor, Macaranas Building
Post Office Box 909
Saipan, MP 96950

Bruce Berline, Esq.
Law Office of Bruce Berline
1st Floor, Macaranas Building
Post Office Box 5682 CHRB
Garapan, Saipan MP 96950

and

Thomas L. Roberts, Esq.
Dooley, Roberts & Fowler, LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps. Drive
Tamuning, Guam 96913

DATED: Hagåtña, Guam, November 2, 2005.

DAVID LEDGER