FILED
Clerk
District Court

NOV 03 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

JOHN BRADY BARRINEAU,

Plaintiff,

vs.

PMT TECHNOLOGY and CABRAS MARINE CORPORATION,

Defendants.

Civil Action No. 05-0028

ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE

| William M. Fitzgerald | Bruce Berline | Eric S. Smith | John D. Osborn |
|---|---|---|---|
| Attorney at Law | Attorney at Law | Attorney at Law | Attorney at Law |
| P.O. Box 500909 | P.O. Box 5682 | P.O. Box 5133 | P.O. Box 5241 |
| Saipan, MP 96950 | Saipan, MP 96950 | Saipan, MP 96950 | Saipan, MP 96950 |

The Case Management Conference in the above case set for Friday, November 25, 2005, at 10:30 a.m., is rescheduled to Wednesday, November 30, 2005, at 9:00 a.m.

IT IS SO ORDERED.

DATED THIS 3rd day of November, 2005.

*/s/ Alex R. Munson*

Judge Alex R. Munson

AO 72
(Rev. 8/82)