FILED
Clerk
District Court

NOV 1 7 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE U.S. DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CIVIL ACTION NO. CV- 05-0028.

John Brady Barrineau,

Plaintiff(s),

v.

Pro marine technology and
Cabras marine corporation.

Defendant(s).

**PROOF OF SERVICE**

I hereby declare, under penalty of perjury, that on the ___16___ day of
___November___, 200 5, at ___4:05___ a.m.(p.m.) I personally served upon
___Bruce Berline Law office._____, a true and correct copy of the:

☐    Summons and Complaint

☐    Order dated _____

☑    Other (specify) _Pro marine technology's Pre-discovery_
_Disclosure Statement [LR 16.d.; FEN.R.CIV.P.26(a)_
_and (f)]_

_____ in the
above-captioned matter.

Service was made as follows:

☐    By delivering it to the aforesaid person.
☐    By delivering it at the aforesaid person's usual residence with _____
who is over the age of 18 and who also resides there.

1    ☑    By delivering it to ___J55 (B. Berlink)___, who is an officer, agent,
2         employee or person authorized to receive the document(s) on behalf of the
         individual or corporation.

3    The place where said service was made was: ___Garapan  Saipan.___

4    The charge for service was: $___20.00___.

5    Dated: ___Nov 16, 2005___.

6

7

8                                    ___H.Villegas___
9                                    Haydn L. Villegas.

10

11    Hearing Date: _____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28