FILED
Clerk
District Court

NOV 17 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE U.S. DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CIVIL ACTION NO. CV- 05-0028

John Brady Barrineau.

Plaintiff(s),

v.

Pro marine technology and
Cobras marine corporation.

Defendant(s).

**PROOF OF SERVICE**

I hereby declare, under penalty of perjury, that on the __16__ day of __November__, 2005, at __3:53__ a.m./p.m. I personally served upon __Carl Smith Ball LLP attorneys at Law__, a true and correct copy of the:

☐ Summons and Complaint

☐ Order dated _____

☒ Other (specify) __Pro marine technology's Pre-Discovery Disclosure Statement [LR 16.d; FED.R.CIV.P. 26(a) and (f)]__

_____ in the above-captioned matter.

Service was made as follows:

☐ By delivering it to the aforesaid person.
☐ By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.

1 ☑ By delivering it to _Marylyn Camacho_, who is an officer, agent, employee or person authorized to receive the document(s) on behalf of the individual or corporation.

2

3 The place where said service was made was: _Capital hill Saipan._

4 The charge for service was: $ _20 00_.

5 Dated: _NOV 16 2005_.

6

7

8

9 _____
Harylu L. Villegas,_

10

11 Hearing Date: _____