F I L E D
Clerk
District Court

NOV 21 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE U.S. DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

John Brady Barrineau

Plaintiff(s),

v.

Pro Marine Technology and
Cabras Marine Corporation

Defendant(s).

CIVIL ACTION NO. CV- 05-0028.

**PROOF OF SERVICE**

I hereby declare, under penalty of perjury, that on the ___18___ day of ___November___, 2005, at ___9:30___ a.m./p.m., I personally served upon ___Bruce Berline Law Office___, a true and correct copy of the:

☐ Summons and Complaint

☐ Order dated _____

☑ Other (specify) first amended answer of defendant Pro-marine technology/first amended answer of defendant Pro marine technology to cross claim of defendant Cabras marine corporation. _____ in the above-captioned matter.

Service was made as follows:

☐ By delivering it to the aforesaid person.
☐ By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.

☐ By delivering it to _____, who is an officer, agent, employee or person authorized to receive the document(s) on behalf of the individual or corporation.

☑ By delivering it to  Bruce Berline , who is the attorney representing John Brady Bourineau in the above referenced case.

The place where said service was made was: Gayapan Saipan

The charge for service was: $ 20.00 .

Dated: Nov 18 2005 .

_____
Hayden L. Villegas.

Hearing Date: _____