F I L E D
Clerk
District Court

NOV 21 2005

for The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE U.S. DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CIVIL ACTION NO. CV- 05-0028.

John Brody Barrineau

Plaintiff(s),

v.

Pro Marine Technology and
Cabras Marine Corporation.

Defendant(s).

**PROOF OF SERVICE**

I hereby declare, under penalty of perjury, that on the __18__ day of __November__, 2005 at __9:56__ a.m./p.m., I personally served upon __Carlsmith Ball Law Office__, a true and correct copy of the:

☐ Summons and Complaint
☐ Order dated _____
☑ Other (specify) first amended answer of Defendant Pro-marine technology, first amended answer of Defendant Pro marine technology to cross claim of Defendant Cabras Marine Corporation. in the above-captioned matter.

Service was made as follows:

☐ By delivering it to the aforesaid person.
☐ By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.

1
2
3
    ☐    By delivering it to _____, who is an officer, agent, employee or person authorized to receive the document(s) on behalf of the individual or corporation.
    ☑    By delivering it to _Carlsmith Ball Law office_, who is the attorney representing _Pro Marine technology_ in the above referenced case. _and Cabras marine corporation_

4  The place where said service was made was: _Capitol hill Saipan_

5  The charge for service was: $ _20.00_ .

6  Dated: _Nov 18 2005_ .

7

8

9

10  _____
    Harda L. Villegas.

11

12  Hearing Date: _____