FILED
Clerk
District Court

NOV 23 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN BRADY BARRINEAU,<br><br>Plaintiff,<br><br>vs.<br><br>PMT TECHNOLOGY and CABRAS MARINE CORPORATION,<br><br>Defendants. | Civil Action No. 05-0028<br><br><u>ORDER RESCHEDULING CASE<br>MANAGEMENT CONFERENCE TIME</u> |

| William M. Fitzgerald | Bruce Berline | Eric S. Smith | John D. Osborn |
|---|---|---|---|
| Attorney at Law | Attorney at Law | Attorney at Law | Attorney at Law |
| P.O. Box 500909 | P.O. Box 5682 | P.O. Box 5133 | P.O. Box 5241 |
| Saipan, MP 96950 | Saipan, MP 96950 | Saipan, MP 96950 | Saipan, MP 96950 |

The Case Management Conference in the above case set for Wednesday, November 30, 2005, at 9:00 a.m., is rescheduled to 8:30 a.m., on the same date.

IT IS SO ORDERED.

DATED THIS 23rd day of November, 2005.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)