IN THE U.S. DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CIVIL ACTION NO. CV-05-0028

John Brady Barrineau

Plaintiff(s),

v.

Pro Marine Technology and Cabras Marine Corporation

Defendant(s).

**PROOF OF SERVICE**

I hereby declare, under penalty of perjury, that on the __28__ day of __November__, 200_ at _____ a.m./p.m., I personally served upon __Carlsmith Ball Law Office__, a true and correct copy of the:

☐ Summons and Complaint

☐ Order dated _____

☑ Other (specify) __Pro Marine technology's Case Management Conference Statement [LR 16.2.e.2.; FED.R.CIV.P 16(b) and (c)]__ _____ in the above-captioned matter.

Service was made as follows:

☐ By delivering it to the aforesaid person.
☐ By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.

☑ By delivering it to _Marylyn Camacho_, who is an officer, agent, employee or person authorized to receive the document(s) on behalf of the individual or corporation.

☐ By delivering it to _____, who is the attorney representing _____ in the above referenced case.

The place where said service was made was: _Capital hill Saipan._

The charge for service was: $ _20.00_ .

Dated: _NOV 28, 2005_ .

_____
Haydn V. Villegas.

Hearing Date: _____