IN THE U.S. DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

John Brady Barrineau.

Plaintiff(s),

v.

Pro Marine Technology and
Cabras Marine Corporation.

Defendant(s).

CIVIL ACTION NO. CV- 05-0028

**PROOF OF SERVICE**

I hereby declare, under penalty of perjury, that on the ___25.___ day of ___November___, 2005, at ___3:45___ a.m./(p.m.), I personally served upon ___Bruce Berline Law office___, a true and correct copy of the:

☐ Summons and Complaint
☐ Order dated _____
☑ Other (specify) ___Pro Marine Technology's Case Management Conference Statement [LR 16.2.e.2.; FED.R.CIV.P. 16(b) and (c)]___

_____ in the above-captioned matter.

Service was made as follows:

☐ By delivering it to the aforesaid person.
☐ By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.

1  ☑  By delivering it to _Jaime Saiki_, who is an officer, agent, employee or person authorized to receive the document(s) on behalf of the individual or corporation.
2  ☐  By delivering it to _____, who is the attorney representing _____ in the above referenced case.

The place where said service was made was: _Garapan Saipan._

The charge for service was: $ _20.00_ .

Dated: _November 25 2005_.

_Hayden L. Villegas_
Hayden L. Villegas

Hearing Date: _____