FILED
Clerk
District Court

NOV 28 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

CARLSMITH BALL LLP

DAVID LEDGER
JOHN D. OSBORN
Carlsmith Ball LLP Building
Capitol Hill
Post Office Box 5241
Saipan, MO 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Cabras Marine Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN BRADY BARRINEAU,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>PROMARINE TECHNOLOGY and<br>CABRAS MARINE CORPORATION,<br><br>　　　　　　Defendants. | CIVIL ACTION NO. CV05-0028<br><br>**DEFENDANT CABRAS MARINE<br>CORPORATION'S LR 16.2 CASE<br>MANAGEMENT STATEMENT;<br>CERTIFICATE OF SERVICE** |

Defendant Cabras Marine Corporation, submits the following Case Management Statement.

　　1. LR16.2CJ(e)(2):

　　　　a.　Service of process on parties not yet served. All parties have been served and have appeared.

　　　　b.　Jurisdiction and Venue. Jurisdiction and venue are proper in this Court.

　　　　c.　Anticipated Motions. Cabras Marine Corporation has not yet decided if it will file any motions.

4821-8077-6448.1.052540-00009

d. <u>Appropriateness of special procedures such as consolidation of actions for discovery and pretrial</u>. None appear to be needed.

e. <u>Modifications of the standard pretrial procedures specified by this Rule on account of the relative simplicity or complexity of the action or proceeding</u>. None appear to be needed.

f. <u>Settlement prospects</u>. It does not appear that an early settlement is likely.

g. <u>Other matters which may be conducive to the just, efficient and economical determination of the proceedings, including the definition or limitation of issues</u>. None.

2. With reference to Fed.R.Civ.P 16(b), Cabras Marine Corporation suggests the following deadlines:

a. Three months to join other parties or amend the pleadings:

b. Nine months to complete discovery.

3. With reference to Fed.R.Civ.P. 16(c), Cabras Marine Corporation suggests that the following may facilitate orderly progress of this action:

a. To avoid unnecessary proof and discovery, agreements regarding authentication of documents should be considered.

b. The final pretrial conference and trial should be scheduled to occur in approximately fourteen (14) months.

DATED: Hagåtña, Guam, November 28, 2005.

CARLSMITH BALL LLP

DAVID LEDGER
Attorneys for Defendant
Cabras Marine Corporation

4821-8077-6448.1.052540-00009                    -2.-

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 28th day of November 2005, I will cause to be served, via hand delivery, a true and correct copy of **DEFENDANT CABRAS MARINE CORPORATION'S LR 16.2 CASE MANAGEMENT STATEMENT** following Counsels of record:

William M. Fitzgerald, Esq.
Law Office of William M. Fitzgerald
1st Floor, Macaranas Building
Post Office Box 909
Saipan, MP 96950

Bruce Berline, Esq.
Law Office of Bruce Berline
1st Floor, Macaranas Building
Post Office Box 5682 CHRB
Garapan, Saipan MP 96950

and

Thomas L. Roberts, Esq.
Dooley, Roberts & Fowler, LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps. Drive
Tamuning, Guam 96913

DATED: Hagåtña, Guam, November 28, 2005.

_____
DAVID LEDGER