F I L E D
Clerk
District Court

NOV 3 0 2005

UNITED STATES DISTRICT COURT For The Northern Mariana Islands
FOR THE By_____
NORTHERN MARIANA ISLANDS (Deputy Clerk)

| | |
|---|---|
| JOHN BRADY BARRINEAU, | Civil Action No. 05-0028 |
| Plaintiff, | |
| vs. | CASE MANAGEMENT SCHEDULING ORDER |
| PMT TECHNOLOGY and CABRAS MARINE CORPORATION, | |
| Defendants. | |

Tim Roberts
Attorney at Law
Suite 201, Orlean Pac. Plaza
865 S. Marine Corps Dr.
Tamuning, Guam 96913

Bruce Berline
Attorney at Law
P.O. Box 5682
Saipan, MP 96950

Eric S. Smith
Attorney at Law
P.O. Box 5133
Saipan, MP 96950

David Ledger
Attorney at Law
Suite 401, BoH Bl.
470 Hernan Cortes Ave.
Hagatna, GM 96910

Pursuant to Federal Rule of Civil Procedure 16(b)[1] and Local Rule 16.2CJ.e.4, a

Case Management Conference was conducted in the above case on November 30,

2005.  As a result of the conference,

IT IS ORDERED THAT:

---

[1]

Fed.R.Civ.P. 16(b)(6) provides in part that a case management scheduling order "shall not be modified except upon a showing of good cause and by leave of the district judge[.]"  To establish good cause, a party must generally show that even with the exercise of due diligence it cannot meet the order's timetable. *See e.g.* Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992).  The liberal amendment policy of Fed.R.Civ.P. 15 no longer obtains once the case management scheduling order has been entered. *See* Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).

AO 72
(Rev. 08/82)

1.    All parties are to be joined on or before April 3, 2006.

2.    All motions to amend pleadings shall be filed on or before April 3, 2006.

3.    All fact discovery shall be served by June 1, 2006.

4.    All fact discovery motions shall be filed so as to be heard on or before July 27, 2006.  The following discovery documents and proofs of service thereof shall _not_ be filed with the Clerk until there is a motion or proceeding in which the document or proof of service is in issue and then _only_ that part of the document which is in issue shall be filed with the Court:

   a.    Transcripts of depositions upon oral examination;
   b.    Transcripts of deposition upon written questions;
   c.    Interrogatories;
   d.    Answers or objections to interrogatories;
   e.    Requests for production of documents or to inspect tangible things;
   f.    Responses or objections to requests for production of documents or to inspect tangible things;
   g.    Requests for admission; and,
   h.    Responses of objections to requests for admission.

5.    Plaintiff expert disclosure - June 1, 2006.

6.    Defendant and third-party defendant expert disclosure - July 3, 2006.

7.    Expert discovery shall be completed by September 1, 2006.

8.    A status conference will be held on March 31, 2006, at 9:00 a.m.

9.    All dispositive motions shall be heard on or before October 26, 2006. Said motions shall be filed in accordance with Local Rules 7.1and/or 56.1.

10.    A settlement conference will be held on November 3, 2006, at 9:00 a.m.

11.    The jointly-prepared final pretrial order, prepared pursuant to Local Rule 16.2CJ.e.9, shall be filed with this Court by November 20, 2006.

12.    A final pretrial conference will be held on November 24, 2006, at 9:00 a.m.

AO 72
(Rev. 08/82)

13.    The trial in this case shall begin on December 4, 2006, at 9:00 a.m.

This case has been assigned to the Standard  Track.

DATED THIS 30th day of November, 2005, Garapan, Saipan, CNMI.


JUDGE ALEX R. MUNSON

AO 72
(Rev. 08/82)