```
Thomas C. Sterling
Blair Sterling Johnson
Moody Martinez & Leon Guerrero
A Professional Corporation
Suite 1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910-5205
Telephone: (671) 477-7857
Facsimile:  (671) 472-4290

Thomas E. Clifford
Attorney at Law
2nd Floor, Alexander Building, San Jose
P.O. Box 506514
Saipan, MP 96950
Tel. (670)235-8846
Fax (670)235-8848
```

FILED
Clerk
District Court

JAN 1 3 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorney for Defendant Pro Marine Technology

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN BRADY BARRINEAU,<br><br>Plaintiff,<br><br>v.<br><br>PRO MARINE TECHNOLOGY<br>and CABRAS MARINE<br>CORPORATION<br><br>Defendants. | Civil Action No. 05-0028<br><br>NOTICE OF APPEARANCE OF<br>LOCAL COUNSEL FOR<br>DEFENDANT CABRAS<br>MARINE TECHNOLOGY |

The undersigned counsel hereby gives notice of his appearance as local counsel for Defendant Cabras Marine Technology.

Respectfully submitted this 13th day of January, 2006:

_____
Thomas E. Clifford

Page 1 of 1 pages