Tim Roberts, Esq.
Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone (671) 646-1222
Facsimile  (671) 646-1223

Eric Smith, Esq.
Law Offices of Smith & Williams
Former Mai Thai Building, Garapan
Post Office Box 5133, CHRB
Saipan, MP  96950
Telephone (670) 233-3334
Facsimile  (670) 233-3336

F I L E D
Clerk
District Court

JAN 1 3 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN BRADY BARRINEAU ) | CIVIL ACTION NO. CV05-0028 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **SUBSTITUTION OF COUNSEL** |
| ) | |
| PRO MARINE TECHNOLOGY and ) | |
| CABRAS MARINE CORPORATION ) | |
| ) | |
| Defendants. ) | |
| ) | |

COMES NOW the law firm of Blair, Sterling, Johnson, Moody, Martinez & Leon Guerrero and hereby substitutes itself as counsel of record for Defendant Pro Marine Technology in place of the law firm of Dooley Roberts & Fowler LLP, the latter consenting thereto.

Dated this 9th day of January, 2006.

BLAIR, STERLING, JOHNSON
MOODY, MARTINEZ & LEON GUERRERO

By: _____
THOMAS C. STERLING, ESQ.

Substitution of Counsel
*Barrineau v Pro Marine Technology, et al.*
Civil Case No. CV05-0028
Page 2 of 3

I consent and agree to the foregoing substitution this 4th day of January, 2005.6

PRO MARINE TECHNOLOGY

By: _____

Its Authorized Representative

I consent and agree to the foregoing substitution this 28th day of December, 2005.

DOOLEY ROBERTS & FOWLER LLP

By: _____
**TIM ROBERTS**

I consent and agree to the foregoing substitution this 13 day of January, 2006

SMITH & WILLIAMS

By: _____
ERIC SMITH

Substitution of Counsel
*Barrineau v Pro Marine Technology, et al.*
Civil Case No. CV05-0028
Page 3 of 3

SO ORDERED THIS 13th DAY OF January, 2006.

_____
HONORABLE Alex R. Munson
Judge, District Court for the Northern Marianas

F:\Documents\TLR (07.04)\D109\D109-61\D109.61.Substitution of Counsel.doc