FILED
Clerk
District Court

APR 0 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN BRADY BARRINEAU,                ) | Civil Action No. 05-0028 |
| )  | |
| Plaintiff                                           ) | |
| )  | |
| v.                                                    ) | ORDER GRANTING |
| )  | MOTION TO FILE FIRST |
| PRO MARINE TECHNOLOGY and  ) | AMENDED COMPLAINT |
| CABRAS MARINE CORPORATION, ) | |
| )  | |
| Defendants                                     ) | |
| _____ ) | |

THE COURT has received plaintiff's motion to amend his complaint to add two defendants, Kenneth Collard and Chie N. Collard; and,

IT APPEARING to the court that the motion to amend has been timely filed pursuant to the case management scheduling order, and because Fed.R.Civ.P. 15 directs that leave to amend be freely granted and the claims against the new defendants appear to arise out of the same transaction or occurrence, as required by

AO 72
(Rev. 08/82)

Fed.R.Civ.P. 20(a); NOW, THEREFORE,

In the interests of conserving the resources of the court and the parties, the court will decide the motion without the necessity of further briefing or the hearing presently set for May 11, 2006; Accordingly,

IT IS ORDERED that plaintiff's motion to file his first amended complaint is granted and the complaint is deemed filed this date. Future pleadings shall include Kenneth Collard and Chie N. Collard as defendants in the caption. The hearing set for May 11, 2006, is taken off-calendar.

DATED this 4th day of April, 2006.

_____
ALEX R. MUNSON
Judge