```
                                                    F I L E D
                                                       Clerk
                                                    District Court
1  CARLSMITH BALL LLP
                                                    JUN - 5 2006
2  DAVID P. LEDGER (CNMI BAR NO. F0195)
   Carlsmith Ball LLP Building                   For The Northern Mariana Islands
3  Capitol Hill                                  By_____
   Post Office Box 5241                                   (Deputy Clerk)
4  Saipan, MP 96950-5241
   Tel No. 670.322.3455
5
   Attorneys for Defendant
6  Cabras Marine Corporation
```

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| JOHN BRADY BARRINEAU, | CIVIL ACTION NO. CV05-0028 |
|---|---|
| Plaintiff, | **FIRST STIPULATION EXTENDING CASE MANAGEMENT ORDER DEADLINES** |
| vs. | |
| PROMARINE TECHNOLOGY and CABRAS MARINE CORPORATION, | |
| Defendants. | |

WHEREAS the parties have retained multiple experts in this case and, despite due diligence, require additional time to obtain expert reports; and

WHEREAS the parties have encountered difficulty in retrieving Plaintiff's medical records and, despite due diligence, require additional discovery time for this task;

WHEREAS; even with the exercise of due diligence, the parties are unable to meet the existing Case Management deadlines for expert witness reports and expert witness discovery;

The parties hereby STIPULATE to extend forthcoming deadlines listed in the Case Management Scheduling Order, filed on November 30, 2005, by 180 days to allow for the orderly accomplishment of the foregoing. The parties propose the following Case Management Order deadlines:

4818-1792-1793.1.052540-00009

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Hearing on Fact Discovery Motions | July 27, 2006 (Hearing) | January 29, 2007 (Hearing) |
| Plaintiff's Expert Disclosures | June 1, 2006 | July 3, 2006 |
| Defendant/Third Party Defendant Expert Disclosures | July 3, 2006 | January 3, 2007 |
| Completion of Expert Discovery | September 1, 2006 | March 1, 2007 |
| Hearing on Dispositive Motions | October 26, 2006 | April 26, 2007 |
| Settlement Conference | November 3, 2006 @ 9:00 am | May 3, 2007 @ 9:00 am |
| Jointly-prepared Final Pretrial Order pursuant to Local Rule 16.2CJ.e.9 | November 20, 2006 | May 21, 2007 |
| Final Pretrial Conference | November 24, 2006 @ 9:00 am | May 24, 2007 @ 9:00 am |
| Trial | December 4, 2006 @ 9:00 am | June 4, 2007 @ 9:00 am |

SO STIPULATED AND AGREED TO this 2nd day of June 2006.
CARLSMITH BALL LLP

_____
DAVID P. LEDGER
Attorneys for Defendant
Cabras Marine Corporation

SO STIPULATED AND AGREED TO this 2nd day of June 2006.
BLAIR STERLING & JOHNSON, P.C.

_____
THOMAS C. STERLING
ERIC SMITH
Attorneys for Defendant
Promarine Technology

4818-1792-1793.1.052540-00009        -2.-

| | |
|---|---|
| 1 | SO STIPULATED AND AGREED TO this 2# day of June 2006. |
| 2 | LAW OFFICE OF WILLIAM M. FITZGERALD |
| 3 | WILLIAM M. FITZGERALD |
| | BRUCE BERLINE |
| | Attorneys for Plaintiff |
| 4 | John Brady Barrineau |