FILED
Clerk
District Court

JUN -5 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

CARLSMITH BALL LLP

DAVID P. LEDGER (CNMI BAR NO. F0195)
JOHN D. OSBORN
Carlsmith Ball LLP Building
Post Office Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Cabras Marine Corporation

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN BRADY BARRINEAU,<br><br>Plaintiff,<br><br>vs.<br><br>PROMARINE TECHNOLOGY and CABRAS MARINE CORPORATION,<br><br>Defendants. | CIVIL ACTION NO. CV05-0028<br><br>**ORDER GRANTING FIRST STIPULATION EXTENDING CASE MANAGEMENT ORDER DEADLINES** |

This matter having come before this court upon the parties First Stipulation Extending Case Deadlines and good cause having been presented to this Court, it is hereby ordered that the First Stipulation Extending Case Deadlines is hereby GRANTED.

Forthcoming deadlines listed in the November 30, 2005 Case Management Scheduling Order are extended by 180 days, as follows:

| | **Deadline** |
|---|---|
| Hearing on Fact Discovery Motions | January 29, 2007 |
| Plaintiff's Expert Disclosures | July 3, 2006 |
| Defendant/Third Party Defendant Expert Disclosures | January 3, 2007 |

4819-5213-9521.1.053276-00011

| | | |
|---|---|---|
| 1 | Completion of Expert Discovery | March 1, 2007 |
| 2 | Hearing on Dispositive Motions | April 26, 2007 |
| 3 | Settlement Conference | May 3, 2007 @ 9:00 am |
| 5 | Jointly-prepared Final Pretrial Order pursuant to Local Rule 16.2CJ.e.9 | May 21, 2007 |
| 7 | Final Pretrial Conference | May 24, 2007 @ 9:00 am |
| 8 | Trial | June 4, 2007 @ 9:00 am |

**SO ORDERED** this 5TH day of June 2006.

*/s/ Alex R. Munson*
HONORABLE ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE

RECEIVED
JUN - 5 2006
Clerk
District Court
The Northern Mariana Islands

4819-5213-9521.1.053276-00011   -2.-