FILED
Clerk
District Court

JUN -5 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

CARLSMITH BALL LLP

DAVID P. LEDGER (CNMI BAR NO. F0195)
Carlsmith Ball LLP Building
Capitol Hill
Post Office Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Cabras Marine Corporation

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| JOHN BRADY BARRINEAU, | CIVIL ACTION NO. CV05-0028 |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| PROMARINE TECHNOLOGY and CABRAS MARINE CORPORATION, | |
| Defendants. | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 05th day of June 2006, I will cause to be served, via hand delivery, true and correct copies of 1) **First Stipulation Extending Case Management Order Deadlines; and 2) Order Granting First Stipulation Extending Case Management Order Deadlines** upon the following Counsels of record:

William M. Fitzgerald, Esq.
Law Office of William M. Fitzgerald
1st Floor, Macaranas Building
Post Office Box 909
Saipan, MP 96950

4816-8691-5329.1.052540-00009

1
2   Bruce Berline, Esq.
    Law Office of Bruce Berline
3   1st Floor, Macaranas Building
    Post Office Box 5682 CHRB
4   Garapan, Saipan MP 96950

and

5
6   Thomas C. Sterling, Esq.
    Blair, Sterling, Johnson, Moody, Martinez & Leon
7       Guerrero, P.C.
    Suite 1008, Pacific News Building
8   238 Archbishop Flores Suite
    Hagåtña, Guam 96910

9
    DATED: Hagåtña, Guam, June 05th, 2006.
10

11
                            _____
12                          DAVID LEDGER

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28