1  CARLSMITH BALL LLP

2  DAVID LEDGER
   Carlsmith Ball LLP Building
3  Capitol Hill
   Post Office Box 5241
4  Saipan, MP 96950-5241
   Tel No. 670.322.3455
5
   Attorneys for Defendant
6  Cabras Marine Corporation

7

8

9            IN THE UNITED STATES DISTRICT COURT

10                      FOR THE

11      COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

12

13 | JOHN BRADY BARRINEAU,           | CIVIL ACTION NO. CV05-0028
14 |         Plaintiff,              |
15 | vs.                             | NOTICE OF RECORDS DEPOSITION;
                                     | CERTIFICATE OF SERVICE
16 | PROMARINE TECHNOLOGY and        |
   | CABRAS MARINE CORPORATION,      |
17 |                                 |
   |         Defendants.             |
18

19  TO:   DR. JANET L. McCULLOUGH
20        Post Office Box 5218
          Saipan, MP 96950
21
        **PLEASE TAKE NOTICE** that Cabras Marine Corporation, a Defendant in the above-
22
    entitled action, will conduct a records deposition of the **DR. JANET L. McCULLOUGH** at the
23
    law offices of Carlsmith Ball LLP, Carlsmith Ball LLP Building, Capitol Hill, Saipan, MP 96950
24
    on **Tuesday, September 19, 2006 at 10:00 o'clock a.m.**.
25
26      The deposition will be recorded pursuant to the Rules of Civil Procedure for the District
27  Court for the Northern Mariana Islands. If the deposition is not completed on the date stated
28

4844-1859-3281.1.052540-00009

above, the deposition shall continue day to day thereafter, likewise commencing at 10:00 a.m., except for Sundays and holidays, until completed.

DATED: Hagåtña, Guam, September 7, 2006.

CARLSMITH BALL LLP

DAVID LEDGER
Attorneys for Defendant
Cabras Marine Corporation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of September 2006, I will cause to be served, via electronic filing, a true and correct copy of **NOTICE OF RECORDS DEPOSITION** upon the following Counsels of record:

>William M. Fitzgerald, Esq.
>Law Office of William M. Fitzgerald
>1st Floor, Macaranas Building
>Post Office Box 909
>Saipan, MP 96950

>Bruce Berline, Esq.
>Law Office of Bruce Berline
>1st Floor, Macaranas Building
>Post Office Box 5682 CHRB
>Garapan, Saipan MP 96950

and via hand delivery to:

>Thomas C. Sterling, Esq.
>Blair, Sterling, Johnson, Moody, Martinez & Leon Guerrero, P.C.
>Suite 1008, Pacific News Building
>238 Archbishop Flores Suite
>Hagåtña, Guam 96910

DATED: September 7, 2006.

_____
DAVID LEDGER

4844-1859-3281.1.052540-00009                -3.-