```
 1  CARLSMITH BALL LLP
 2  DAVID LEDGER
    Carlsmith Ball LLP Building
 3  Capitol Hill
    Post Office Box 5241
 4  Saipan, MP 96950-5241
    Tel No. 670.322.3455
 5
    Attorneys for Defendant
 6  Cabras Marine Corporation
 7
 8
 9              IN THE UNITED STATES DISTRICT COURT
10                           FOR THE
11           COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
12
```

| | |
|---|---|
| JOHN BRADY BARRINEAU,<br><br>Plaintiff,<br><br>vs.<br><br>PROMARINE TECHNOLOGY and<br>CABRAS MARINE CORPORATION,<br><br>Defendants. | CIVIL ACTION NO. CV05-0028<br><br>**SUBPOENA DUCES TECUM;<br>CERTIFICATE OF SERVICE** |

TO:   DR. JANET L. McCULLOUGH
      **Post Office Box 5218
      Saipan, MP 96950**

On behalf of Defendant Cabras Marine Corporation in the above-entitled action, a records deposition will be taken at the law offices of Carlsmith Ball LLP, Carlsmith Ball LLP Building, Capitol Hill, Saipan, MP 96950 on **Tuesday, September 19, 2006 at 10:00 o'clock a.m.**. Please refer to the following information and list of documents concerning this deposition.

4845-1925-6577.1.052540-00009

1  Any and all records, reports, notes, diagnostic results, billing materials and any other
2  form of documents (whether in paper, electronic or other form) in your possession, custody or
3  control relating to your examination, diagnosis and/or treatment of John Brady Barrineau during
4  the last five years from the date of this Subpoena.
5
6  DATED: Hagåtña, Guam, September 7, 2006.
7  CARLSMITH BALL LLP
8  _____
   DAVID LEDGER
   Attorneys for Defendant
9  Cabras Marine Corporation

4845-1925-6577.1.052540-00009                -2.-

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 7th day of August 2006, I will cause to be served, via electronic filing, a true and correct copy of **SUBPOENA DUCES TECUM** upon the following Counsels of record:

> William M. Fitzgerald, Esq.
> Law Office of William M. Fitzgerald
> 1st Floor, Macaranas Building
> Post Office Box 909
> Saipan, MP 96950

> Bruce Berline, Esq.
> Law Office of Bruce Berline
> 1st Floor, Macaranas Building
> Post Office Box 5682 CHRB
> Garapan, Saipan MP 96950

and via hand delivery to:

> Thomas C. Sterling, Esq.
> Blair, Sterling, Johnson, Moody, Martinez & Leon Guerrero, P.C.
> Suite 1008, Pacific News Building
> 238 Archbishop Flores Suite
> Hagåtña, Guam 96910

DATED: September 7, 2006.

_____
DAVID LEDGER