1 | CARLSMITH BALL LLP
2 | DAVID LEDGER
Carlsmith Ball LLP Building
3 | Capitol Hill
Post Office Box 5241
4 | Saipan, MP 96950-5241
Tel No. 670.322.3455
5 |
6 | Attorneys for Defendant
Cabras Marine Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| JOHN BRADY BARRINEAU, | CIVIL ACTION NO. CV05-0028 |
|---|---|
| Plaintiff, | |
| vs. | **AMENDED CERTIFICATE OF SERVICE** |
| PROMARINE TECHNOLOGY and CABRAS MARINE CORPORATION, | |
| Defendants. | |

The undersigned hereby certifies that on the 7th day of <u>September</u> 2006, I served, via electronic filing, a true and correct copy of the (1) Notice of Records Deposition; Certificate of Service of Dr. Janet L. McCullough, (2) Subpoena Duces Tecum; Certificate of Service to Dr. Janet L. McCullough and, (3) Subpoena in a Civil Case to Dr. Janet L. McCullough upon the following Counsels of record:

    William M. Fitzgerald, Esq.
    Law Office of William M. Fitzgerald
    1st Floor, Macaranas Building
    Post Office Box 909
    Saipan, MP 96950

4838-6769-7665.1.052540-00009

       Bruce Berline, Esq.
       Law Office of Bruce Berline
       1st Floor, Macaranas Building
       Post Office Box 5682 CHRB
       Garapan, Saipan MP 96950

       Thomas E. Clifford, Esq.
       Attorney at Law
       2nd Floor, Alexander Building, San Jose
       Post Office Box 506514
       Saipan MP 96950

and via hand delivery to the following on September 8, 2006:

       Thomas C. Sterling, Esq.
       Blair, Sterling, Johnson, Moody, Martinez & Leon
         Guerrero, P.C.
       Suite 1008, Pacific News Building
       238 Archbishop Flores Suite
       Hagåtña, Guam 96910

DATED: September 8, 2006.

_____
DAVID LEDGER