THOMAS C. STERLING
BLAIR STERLING JOHNSON MOODY
  MARTINEZ & LEON GUERRERO, P.C.
1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telephone: (671) 477-7857
Facsimile: (671) 472-4290

THOMAS E. CLIFFORD
Attorney at Law
2nd Floor Alexander Building, San Jose
P.O. Box 506514
Saipan, MP 96950
Telephone: (670) 235-8846/7
Facsimile: (670) 235-8848

*Attorneys for Defendant and Cross-Defendant
  Pro Marine Technology*

## IN THE DISTRICT COURT FOR THE
## THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN BRADY BARRINEAU,  )<br>  )<br>        Plaintiff,    )<br>   vs.                )<br>  )<br>PRO MARINE TECHNOLOGY,   )<br>CABRAS MARINE CORPORATION, )<br>  )<br>        Defendants.   )<br>  ) | CIVIL ACTION NO. CV05-0028<br><br>**PRO MARINE TECHNOLOGY'S ANSWER TO CROSS-CLAIM OF CABRAS MARINE CORPORATION** |

**COMES NOW** Cross-Defendant Pro Marine Technology (hereinafter "Cross-Defendant") and in answer to the Cross-claim herein admits, denies and alleges as follows:

1. Cross-Defendant admits the allegations contained in paragraphs 1, 3, 4, 6, 7, 8, 9, 11, 12, 13, 14, 15, 16, and 17.

2. Cross-Defendant lacks sufficient information and belief to formulate a response to the allegations contained in paragraphs 5 and 10 and, basing its denial thereon, denies generally and specifically each and every allegation contained in said paragraphs.

3. Cross-Defendant denies generally and specifically each and every allegation contained in paragraph 18.

**FIRST AFFIRMATIVE DEFENSE**

The Cross-claim fails to state a claim or claims upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

Cross-Defendant entered into a good faith settlement with the Plaintiff and, as such, any and all claims by Cabras Marine for indemnity or contribution are barred.

**THIRD AFFIRMATIVE DEFENSE**

There is no basis, legal or equitable, upon which Cabras Marine can assert a claim for indemnity against Cross-Defendant.

**WHEREFORE**, Cross-Defendant **PRO MARINE TECHNOLOGY** prays judgment as follows:

1. That Cross-Claimant take nothing by its Cross-claim;

1      2.   For costs of suit incurred herein; and

2      3.   For such other and further relief as the Court may deem just and proper.

                                      **BLAIR STERLING JOHNSON**
                                          **MOODY MARTINEZ & LEON GUERRERO**
                                      A PROFESSIONAL CORPORATION
                                      **THOMAS C. STERING, CNMI BAR NO. F0127**

                                      **THOMAS E. CLIFFORD**
                                      ATTORNEY AT LAW

DATED: SEPTEMBER 18, 2006      BY: _____
                                      **THOMAS E. CLIFFORD,**
                                      **CNMI BAR NO. F0210**
                                      *Attorneys for Defendant and Cross Defendant Pro Marine Technology*

```
E62\73061-01
G:\WORDDOC\PLD\TCS\D297-PMT'S ANSWER TO CROSS-
CLAIM OF CABRAS MARINE RE BARRINEAU V PMT.DOC
```