THOMAS C. STERLING
BLAIR STERLING JOHNSON MOODY
  MARTINEZ & LEON GUERRERO, P.C.
1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telephone: (671) 477-7857
Facsimile: (671) 472-4290

THOMAS E. CLIFFORD
Attorney at Law
2nd Floor Alexander Building, San Jose
P.O. Box 506514
Saipan, MP 96950
Telephone: (670) 235-8846/7
Facsimile: (670) 235-8848

*Attorneys for Defendant Pro Marine Technology*

FILED
Clerk
District Court

OCT - 6 2006

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

## IN THE DISTRICT COURT FOR THE
## THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN BRADY BARRINEAU, ) | CIVIL ACTION NO. CV05-0028 |
| ) | |
| Plaintiff, ) | |
| vs. ) | **STIPULATION AND ORDER FOR** |
| ) | **DISMISSAL OF CERTAIN CLAIMS** |
| PRO MARINE TECHNOLOGY, ) | **WITH PREJUDICE** |
| CABRAS MARINE CORPORATION ) | |
| and KENNETH COLLARD, ) | |
| ) | |
| Defendants. ) | |

**IT IS HEREBY STIPULATED** by and among the parties hereto through their respective attorneys of record that all claims asserted in this action by Plaintiff John Brady Barrineau against Defendants Pro Marine Technology, Kenneth Collard, and Chie N. Collard are hereby dismissed with

prejudice. The parties shall bear their own attorneys' fees and costs.

| LAW OFFICES OF<br>OF WILLIAM M. FITZGERALD | BLAIR STERLING JOHNSON<br>MOODY MARTINEZ & LEON GUERRERO<br>A PROFESSIONAL CORPORATION<br>THOMAS C. STERLING, CNMI BAR NO. F0127 |
|---|---|
| | THOMAS E. CLIFFORD<br>ATTORNEY AT LAW |
| BY: *[signature]*<br>WILLIAM M. FITZGERALD<br>CNMI BAR NO. F0110<br>*Atttorneys for Plaintiff John Brady Barrineau*<br>DATED: SEPTEMBER 4, 2006<br>OCT | BY: *[signature]*<br>THOMAS E. CLIFFORD, CNMI BAR NO. F0210<br>*Attorneys for Defendants Pro Marine Technology,<br>Kenneth Collard and Chie N. Collard*<br>DATED: SEPTEMBER 4, 2006<br>OCT |

CARLSMITH BALL LLP

BY: *[signature]*
JOHN D. OSBORN,
~~CNMI BAR NO.~~
*Attorneys for Defendant Cabras Marine Corporation*

DATED: ~~SEPTEMBER~~ OCT 5, 2006

**ORDER**

IT IS SO ORDERED this **10-6-06**.

*[signature]*
HONORABLE ALEX R. MUNSON
United States District Court Judge

E68:62\73061-01
G:\WORDDOC\PLD\TCS\296 STIPULATION AND ORDER FOR DISMISSAL RE
BARRINEAU.DOC

- 2 -

RECEIVED
OCT - 6 2006
Clerk
District Court
The Northern Mariana Islands