```
 1  CARLSMITH BALL LLP

 2  DAVID P. LEDGER
    Carlsmith Ball LLP Building
 3  Capitol Hill
    Post Office Box 5241
 4  Saipan, MP 96950-5241
    Tel No. 670.322.3455
 5
    Attorneys for Defendant
 6  Cabras Marine Corporation

 7
```

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| JOHN BRADY BARRINEAU, | CIVIL ACTION NO. CV05-0028 |
|---|---|
| Plaintiff, | |
| vs. | **CERTIFICATE OF COMPLIANCE;** |
| PROMARINE TECHNOLOGY and CABRAS MARINE CORPORATION, | **CERTIFICATE OF SERVICE** |
| Defendants. | |

I, David Ledger, do hereby certify that I have complied with LR26.4(b) with respect to the filing of Defendant Cabras Marine Corporation's Motion to Strike Dr. Pamina J. Hofer as an Expert Witness. My attempts to resolve the issue of Dr. Hofer's disclosures with Plaintiff's counsel have been unsuccessful, for the reasons stated in the Motion to Strike, the Memorandum in Support, and the Declaration of David Ledger, all filed concurrently herewith.

DATED: Hagåtña, Guam, November 13, 2006.

CARLSMITH BALL LLP

/s/ David Ledger
DAVID LEDGER
Attorneys for Defendant
Cabras Marine Corporation

4835-8485-1713.2.052540-00009

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of November 2006, I will cause to be served, via electronic filing/service, a true and correct copy of **CERTIFICATE OF COMPLIANCE; CERTIFICATE OF SERVICE** upon the following Counsels of record:

> William M. Fitzgerald, Esq.
> Law Office of William M. Fitzgerald
> 1st Floor, Macaranas Building
> Post Office Box 909
> Saipan, MP 96950

> Bruce Berline, Esq.
> Law Office of Bruce Berline
> 1st Floor, Macaranas Building
> Post Office Box 5682 CHRB
> Garapan, Saipan MP 96950

and via hand delivery to:

> Thomas C. Sterling, Esq.
> Blair, Sterling, Johnson, Moody, Martinez & Leon Guerrero, P.C.
> Suite 1008, Pacific News Building
> 238 Archbishop Flores Suite
> Hagåtña, Guam 96910

DATED: November 13, 2006.

_____
DAVID LEDGER