```
                                               F I L E D
                                                  Clerk
                                              District Court

                                              NOV 1 3 2006

                                          For The Northern Mariana Islands
                                          By_____
                                                  (Deputy Clerk)
```

1   CARLSMITH BALL LLP

2   DAVID LEDGER
    Carlsmith Ball LLP Building
3   Capitol Hill
    Post Office Box 5241
4   Saipan, MP 96950-5241
    Tel No. 670.322.3455
5
    Attorneys for Defendant
6   Cabras Marine Corporation

7

8
                    UNITED STATES DISTRICT COURT
9
                             FOR THE
10
                    NORTHERN MARIANA ISLANDS
11

12

13  JOHN BRADY BARRINEAU,              CIVIL ACTION NO. CV05-0028

14           Plaintiff,

15       vs.                           NOTICE OF HEARING MOTION TO
                                       STRIKE DR. PAMINA J. HOFER AS
16  PROMARINE TECHNOLOGY and CABRAS    AN EXPERT WITNESS
    MARINE CORPORATION,
17
             Defendants.
18

19       **NOTICE IS HEREBY GIVEN** that a hearing has been set before the Court on the

20  14th day of December 2006 at the hour of 9:00 Am (a.m)/p.m., in the Courtroom

21  of the Honorable Alex R. Munson, District Court Judge for the Northern

22
    Mariana Islands, on Defendant's Motion to Strike Dr. Pamina J. Hofer As An Expert Witness.
23
         DATED: Hagåtña, Guam, November 13, 2006.
24
25  CARLSMITH BALL LLP

26                                     _____
                                       DAVID LEDGER
27                                     Attorneys for Defendant
                                       Cabras Marine Corporation
28

    4844-9082-1377.1.052540-00009