CARLSMITH BALL LLP

DAVID LEDGER
Carlsmith Ball LLP Building
Capitol Hill
Post Office Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Cabras Marine Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| JOHN BRADY BARRINEAU, | CIVIL ACTION NO. CV05-0028 |
|---|---|
| Plaintiff, | |
| vs. | SUPPLEMENTAL DECLARATION OF DAVID LEDGER IN SUPPORT OF MOTION TO STRIKE DR. PAMINA J. HOFER AS AN EXPERT WITNESS; CERTIFICATE OF SERVICE |
| PROMARINE TECHNOLOGY and CABRAS MARINE CORPORATION, | |
| Defendants. | |

I, DAVID LEDGER, declare under penalty of perjury that the following statements are true and correct:

1.  I have personal knowledge of the facts stated in this declaration except as otherwise indicated.

2.  I would testify competently as to these facts if called by the Court.

3.  I am licensed to practice law before all courts in the Commonwealth of the Northern Mariana Islands and am admitted to this Court.

4.  I am an attorney for Defendant Cabras Marine Corporation.

4817-5705-6513.1.052540-00009

5. This Declaration is filed in support of Defendant's Motion to Strike Expert Witness.

6. On November 13, 2006 Cabras Marine filed its Motion To Strike Expert Witness and supporting papers, including a Declaration from David Ledger.

7. This Supplemental Declaration concerns the documents which have not been provided by way of expert witness disclosures, which are the subject of the instant motion. In particular, the documents which should have been disclosed and which are subject of the motion are not limited to only the specific documents identified in the motion. Indeed, Cabras Marine is unaware of just what documents may be contained in Ms. Hofer's file.

8. In particular, the focus of motion to strike is not intended to be limited to disclosure of the written reports of Ms. Hofer's examinations of Plaintiff Barrineau conducted in June and July 2005, and referred to in her April 2006 letter to Attorney William Fitzgerald (Exh. A to the motion). Rather, the motion is intended to address all as yet undisclosed documents which testifying experts are required to disclose under Rule 26.

9. Defendant's expert witness Brian Goodyear, Ph.D, has provided some guidance as to what documents ought to be contained in Ms. Hofer's working file. Dr. Goodyear has requested, for review in conjunction with his IME work, what he refers to as very important "raw test data" which would have been gathered as a result of Ms. Hofer's neuropsychological examinations of Plaintiff Barrineau conducted in June and July 2005. Accordingly, Defendant Cabras Marine hereby supplements its motion to specifically address the apparent non-disclosure of "raw test data" pertaining to Ms. Hofer's neuropsychological examinations of Mr. Barrineau.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

10. I declare under penalty of perjury that the foregoing is true, correct and complete.

Executed this 14th day of November 2006 at Hagåtña, Guam.

_____
DAVID LEDGER

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of November 2006, I will cause to be served, via electronic filing/service, a true and correct copy of **SUPPLEMENTAL DECLARATION OF DAVID LEDGER IN SUPPORT OF MOTION TO STRIKE DR. Pamina J. Hofer AS AN EXPERT WITNESS; CERTIFICATE OF SERVICE** upon the following Counsels of record:

> William M. Fitzgerald, Esq.
> Law Office of William M. Fitzgerald
> 1st Floor, Macaranas Building
> Post Office Box 909
> Saipan, MP 96950
>
> Bruce Berline, Esq.
> Law Office of Bruce Berline
> 1st Floor, Macaranas Building
> Post Office Box 5682 CHRB
> Garapan, Saipan MP 96950

and via hand delivery to:

> Thomas C. Sterling, Esq.
> Blair, Sterling, Johnson, Moody, Martinez & Leon
>     Guerrero, P.C.
> Suite 1008, Pacific News Building
> 238 Archbishop Flores Suite
> Hagåtña, Guam 96910

DATED: November 14, 2006.

_____
DAVID LEDGER