```
THOMAS C. STERLING
BLAIR STERLING JOHNSON
  MARTINEZ & LEON GUERRERO, P.C.
1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telephone: (671) 477-7857
Facsimile: (671) 472-4290

THOMAS E. CLIFFORD
Attorney at Law
2nd Floor Alexander Building, San Jose
P.O. Box 506514
Saipan, MP 96950
Telephone: (670) 235-8846/7
Facsimile: (670) 235-8848
```

*Attorneys for Defendant and Cross-Defendant*
  *Pro Marine Technology*

### IN THE DISTRICT COURT FOR THE
### THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN BRADY BARRINEAU, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> PRO MARINE TECHNOLOGY, ) <br> CABRAS MARINE CORPORATION, ) <br> ) <br> Defendants. ) <br> _____ ) <br> ) <br> AND RELATED CLAIMS. ) <br> _____ ) | CIVIL ACTION NO. CV05-0028 <br><br> **CROSS-DEFENDANT PRO MARINE TECHNOLOGY'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AND JUDGMENT ON THE PLEADINGS BASED ON GOOD FAITH SETTLEMENT** |

TO THE PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Cross-Defendant **PRO MARINE TECHNOLOGY** (hereinafter "Cross-Defendant") will move the Court on _____, 2006 at _____ a.m./p.m. or as soon thereafter as the matter may be heard for the entry of

summary judgment as to Cabras Marine Corporation's (hereinafter "Cabras Marine") contribution claim and a judgment on the pleadings as to Cabras Marine's indemnity claim dismissing the cross-claim of Cabras Marine. Said motion is made on the ground that Cross-Defendant has settled with the Plaintiff, that this settlement was in good faith pursuant to 7 CMC §4305 and, as such, that Cabras Marine's cross-claim for indemnity and contribution cannot be maintained.

BLAIR STERLING JOHNSON
 MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
THOMAS C. STERING, CNMI BAR NO. F0127

THOMAS E. CLIFFORD
ATTORNEY AT LAW

DATED: NOVEMBER 22, 2006         BY: _____
                                 THOMAS E. CLIFFORD, CNMI BAR NO. F0210
                                 *Attorneys for Defendant and Cross Defendant*
                                 *Pro Marine Technology*

E62\73061-01
G:\WORDDOC\PLD\TCS\303-PMT'S MTN 4 SJ BASED -ON
GOOD FAITH SETTLEMENT RE BARRINEAU V PMT.DOC