F I L E D
Clerk
District Court

NOV 2 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| JOHN BRADY BARRINEAU, | ) | Civil Action No. 05-0028 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER SETTING |
| | ) | HEARING ON PRO |
| PRO MARINE TECHNOLOGY and | ) | MARINE'S MOTION FOR |
| CABRAS MARINE CORPORATION, | ) | SUMMARY JUDGMENT |
| | ) | AND JUDGMENT ON THE |
| Defendants | ) | PLEADINGS |
| | ) | |

IT IS ORDERED that hearing of cross-defendant's Pro Marine Technology's motion for summary judgment and judgment on the pleadings is set for December 21, 2006, at 9:00 a.m.

DATED this 24th day of November, 2006.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)