1  CARLSMITH BALL LLP

2  DAVID LEDGER
   Carlsmith Ball LLP Building
3  Capitol Hill
   Post Office Box 5241
4  Saipan, MP 96950-5241
   Tel No. 670.322.3455
5
   Attorneys for Defendant
6  Cabras Marine Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| JOHN BRADY BARRINEAU, | CIVIL ACTION NO. CV05-0028 |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF RECORDS DEPOSITION; CERTIFICATE OF SERVICE** |
| PROMARINE TECHNOLOGY and CABRAS MARINE CORPORATION, | |
| Defendants. | |

TO:   **MR. GREG HALL**
      **GREG HALL INVESTIGATIONS**
      **465 West O'Brien Drive, Suite 104D**
      **Hagåtña, Guam 96910**

PLEASE TAKE NOTICE that Cabras Marine Corporation, Defendant in the above-entitled action, will conduct a records deposition of **GREG HALL INVESTIGATION** at the Law Offices of Carlsmith Ball LLP, Suite 401, Bank of Hawaii Building, 134 West Soledad Avenue, Hagåtña, Guam 96910, on **Tuesday, December 12, 2006, at 10:00 o'clock a.m.**.

The deposition will be recorded pursuant to the Rules of Civil Procedure for the District Court of the Commonwealth of the Northern Mariana Islands.  If said deposition is not

4843-3550-5921.1.052540-00009

RECEIVED

ORIGINAL

1  completed on the date set out above, the taking of the depositions will be continued from day to
2  day thereafter, except for Sundays and holidays, at the same place, until completed.
3  DATED: Hagåtña, Guam, December 4, 2006.
4  CARLSMITH BALL LLP

DAVID LEDGER
Attorneys for Defendant
Cabras Marine Corporation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of December 2006, I will cause to be served, via electronic filing/service, a true and correct copy of the **NOTICE OF RECORDS DEPOSITION; CERTIFICATE OF SERVICE** upon the following Counsels of record:

>William M. Fitzgerald, Esq.
>Law Office of William M. Fitzgerald
>1st Floor, Macaranas Building
>Post Office Box 909
>Saipan, MP 96950

>Bruce Berline, Esq.
>Law Office of Bruce Berline
>1st Floor, Macaranas Building
>Post Office Box 5682 CHRB
>Garapan, Saipan MP 96950

and via hand delivery to:

>Thomas C. Sterling, Esq.
>Blair, Sterling, Johnson, Moody, Martinez & Leon Guerrero, P.C.
>Suite 1008, Pacific News Building
>238 Archbishop Flores Suite
>Hagåtña, Guam 96910

DATED: December 6, 2006.

_____
DAVID LEDGER

4843-3550-5921.1.052540-00009                -3-