```
1   CARLSMITH BALL LLP
2   DAVID LEDGER
    Carlsmith Ball LLP Building
3   Capitol Hill
    Post Office Box 5241
4   Saipan, MP 96950-5241
    Tel No. 670.322.3455
5
6   Attorneys for Defendant
    Cabras Marine Corporation
7
8
9              IN THE UNITED STATES DISTRICT COURT
10                        FOR THE
11       COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
12
13  JOHN BRADY BARRINEAU,           CIVIL ACTION NO. CV05-0028
14              Plaintiff,
15       vs.                        SUBPOENA DUCES TECUM;
                                    CERTIFICATE OF SERVICE
16  PROMARINE TECHNOLOGY and
    CABRAS MARINE CORPORATION,
17
                Defendants.
18
19  TO:  MR. GREG HALL
20       GREG HALL INVESTIGATIONS
         465 West O'Brien Drive, Suite 104D
21       Hagåtña, Guam 96910
22
23       On behalf of Defendant Cabras Marine Corporation in the above-entitled action, a
24  records deposition will be taken at the law offices of Carlsmith Ball LLP, Suite 401, Bank of
25  Hawaii Building, 134 West Soledad Avenue, Hagåtña, Guam 96910 on **Tuesday, December 12,**
26  **2006 at 10:00 a.m..** Please refer to the following list of items your are required to bring to the
27  deposition.
28
```

4810-6401-4337.1.052540-00009

RECEIVED
12-05-06

ORIGINAL

1. All photographs (regardless of format) depicting John Brady Barrineau.

2. All video (regardless of format) depicting John Brady Barrineau.

3. All documents, including hand written notes, concerning or bearing the name John Brady Barrineau.

4. Your log showing when, where, and by whom John Brady Barrineau was observed during the time you conducted work on behalf of Pro Marine Technology, its insurer, or Thomas Sterling, Esq.

5. All electronic media concerning or bearing the name John Brady Barrineau.

6. Any item not specifically listed which is contained in your file regarding John Brady Barrineau and the work you conducted on behalf of Pro Marine Technology, its insurer, or Thomas Sterling, Esq.

DATED: Hagåtña, Guam, December 4, 2006.

CARLSMITH BALL LLP

DAVID LEDGER
Attorneys for Defendant
Cabras Marine Corporation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of December 2006, I will cause to be served, via electronic filing/service, a true and correct copy of **SUBPOENA DUCES TECUM** upon the following Counsels of record:

> William M. Fitzgerald, Esq.
> Law Office of William M. Fitzgerald
> 1st Floor, Macaranas Building
> Post Office Box 909
> Saipan, MP 96950

> Bruce Berline, Esq.
> Law Office of Bruce Berline
> 1st Floor, Macaranas Building
> Post Office Box 5682 CHRB
> Garapan, Saipan MP 96950

and via hand delivery to:

> Thomas C. Sterling, Esq.
> Blair, Sterling, Johnson, Moody, Martinez & Leon Guerrero, P.C.
> Suite 1008, Pacific News Building
> 238 Archbishop Flores Suite
> Hagåtña, Guam 96910

DATED: December 6, 2006.

_____
DAVID LEDGER

4810-6401-4337.1.052540-00009                  -3-