CARLSMITH BALL LLP

DAVID LEDGER (CNMI BAR NO. F0195)
Carlsmith Ball LLP Building
Capitol Hill
Post Office Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Cabras Marine Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN BRADY BARRINEAU,<br><br>                 Plaintiff,<br><br>vs.<br><br>PROMARINE TECHNOLOGY and<br>CABRAS MARINE CORPORATION,<br><br>                 Defendants. | CIVIL ACTION NO. CV05-0028<br><br>DEFENDANT CABRAS MARINE CORPORATION'S REPLY REGARDING MOTION TO STRIKE DR. PAMINA J. HOFER AS AN EXPERT WITNESS; CERTIFICATE OF SERVICE<br><br>HEARING DATE:<br>DECEMBER 14, 2006<br><br>TIME: 9:00 A.M. |

Defendant Cabras Marine Corporation ("Cabras") filed its Motion to Strike Dr. Pamina J. Hofer as an Expert Witness on November 13, 2006. All Parties were served by the Court's electronic system on that same date. Plaintiff's Opposition to the Motion was due November 30, 2006.

4845-8860-6465.1.052540-00009

1  With no Opposition having been filed, Cabras requests the Court to GRANT its Motion
2  to Strike Dr. Pamina J. Hofer as an Expert Witness and take the hearing, presently set for
3  December 14, 2006, off calendar.

DATED: Hagåtña, Guam, December 7, 2006.

CARLSMITH BALL LLP

*/s/ David Ledger*

DAVID LEDGER
Attorneys for Defendant
Cabras Marine Corporation

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 7th day of December 2006, I will cause to be served, via electronic filing/service, a true and correct copy of **DEFENDANT CABRAS MARINE CORPORATION'S REPLY TO ITS MOTION TO STRIKE DR. PAMINA J. HOFER AS AN EXPERT WITNESS; CERTIFICATE OF SERVICE** upon the following Counsels of record:

> William M. Fitzgerald, Esq.
> Law Office of William M. Fitzgerald
> 1st Floor, Macaranas Building
> Post Office Box 909
> Saipan, MP 96950
>
> Bruce Berline, Esq.
> Law Office of Bruce Berline
> 1st Floor, Macaranas Building
> Post Office Box 5682 CHRB
> Garapan, Saipan MP 96950

and via hand delivery to:

> Thomas C. Sterling, Esq.
> Blair, Sterling, Johnson, Moody, Martinez & Leon
>   Guerrero, P.C.
> Suite 1008, Pacific News Building
> 238 Archbishop Flores Suite
> Hagåtña, Guam 96910

DATED: December 7, 2006.

_____
DAVID LEDGER

4845-8860-6465.1.052540-00009                -3-