# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*************************************************************************************

CV-05-0028                                                                December 21, 2006
                                                                          9:00 a.m.


### JOHN BRADY BARRINEAU  -vs- PRO MARINE TECHNOLOGY, et al

PRESENT:       Hon. Alex R. Munson, Chief Judge Presiding
               Faye Crozat, Court Reporter
               Ellia Ciammaichella, Law Clerk
               K. Lynn Lemieux, Court Deputy
               Bruce Berline, Attorney for Plaintiff
               David Ledger, Attorney for Defendants Cabras Marine
               Thomas Clifford, Attorney for Pro Marine


PROCEEDINGS:   MOTION FOR SUMMARY JUDGMENT

   Plaintiff was represented by Attorney Bruce Berline . Defense was represented by Attorneys David Ledger and Thomas Clifford.

   Attorney Ledger argued the motion for defendants Cabras Marine. Attorney Thomas Clifford argued on behalf of Pro Marine. Attorney Berline argued on behalf of Plaintiffs.

   Court, after hearing all argument, ruled that the motions would be taken under advisement and a written order would be forthcoming.


                                                   Adjourned at 9:25 a.m.


                                                   /s/ K. Lynn Lemieux, Courtroom Deputy