FILED
Clerk
District Court

DEC 28 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN BRADY BARRIENEAU,<br><br>Plaintiff,<br><br>vs.<br><br>CABRAS MARINE CORPORATION,<br><br>Defendant, | Case No. CV-05-0028<br><br>**JUDGMENT ON CROSS-CLAIM** |
| CABRAS MARINE CORPORATION,<br><br>Cross-Claimant,<br><br>vs.<br><br>PRO MARINE TECHNOLOGY,<br><br>Cross-Defendant. | |

**THIS MATTER** came before the court on December 21, 2006. Plaintiff appeared by and through attorney Bruce Berline; defendant and cross-claimant appeared by and through David P. Ledger; and cross-defendant appeared by and through attorney Thomas E. Clifford.

The court having granted cross-defendant's motion for summary judgment on the cross-claim; it is now, therefore, **ORDERED AND ADJUDGED** that cross-claimant Cabras Marine Corporation take nothing from cross-defendant Pro Marine Technology. Cross-defendant Pro Marine Technology is hereby **DISMISSED** with prejudice as a party to this case.

**IT IS SO ORDERED.**

DATED this __28th__ day of December, 2006.

_____
ALEX R. MUNSON
Judge