| | |
|---|---|
| 1 | CARLSMITH BALL LLP |
| 2 | DAVID LEDGER (CNMI BAR NO. F0195)<br>Carlsmith Ball LLP Building |
| 3 | Capitol Hill<br>Post Office Box 5241 |
| 4 | Saipan, MP 96950-5241<br>Tel No. 670.322.3455 |
| 5 | |
| 6 | Attorneys for Defendant/Cross-Claim Plaintiff<br>Cabras Marine Corporation |

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN BRADY BARRINEAU,<br><br>                    Plaintiff,<br><br>    vs.<br><br>PROMARINE TECHNOLOGY and<br>CABRAS MARINE CORPORATION,<br><br>                    Defendants. | CIVIL ACTION NO. CV05-0028<br><br>**DEFENDANT CABRAS MARINE CORPORATION'S EXPERT WITNESS DISCLOSURE; CERTIFICATE OF SERVICE** |
| CABRAS MARINE CORPORATION.<br><br>                    Cross-Claim Plaintiff,<br><br>    vs.<br><br>PROMARINE TECHNOLOGY,<br><br>                    Cross-Claim Defendant. | |

Defendant Cabras Marine Corporation submits the following expert witness disclosure pursuant to Fed. R. Civ. P. 26(a)(2).

4813-9267-9169.1.052540-00009

1.  Brian Goodyear, Ph.D, Pearl Ridge Office Building, 98-211 Pali Momi Street #707, Aiea, Hawaii 96701. Dr. Goodyear's report was disclosed and provided to Plaintiff on January 3, 2007.

2.  Dr. Mark Dillen Stitham, M.D., Ltd., 334 Ilimalia Loop, Kailua, Hawaii 96734. Dr. Stitham's report was disclosed and provided to Plaintiff on January 3, 2007.

3.  Dr. Lorne Direnfeld, M.D., Suite 201, 203 Hoohana Street, Kahului, Hawaii 96732. Dr. Direnfeld's report was disclosed and provided to Plaintiff on January 3, 2007.

DATED: January 4, 2007.

CARLSMITH BALL LLP

_____
DAVID LEDGER
Attorneys for Defendant
Cabras Marine Corporation

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 4th day of January 2007, I will cause to be served, via electronic filing/service, a true and correct copy of **DEFENDANT CABRAS MARINE CORPORATION'S EXPERT WITNESS DISCLOSURE** upon the following Counsels of record:

        William M. Fitzgerald, Esq.
        Law Office of William M. Fitzgerald
        1st Floor, Macaranas Building
        Post Office Box 909
        Saipan, MP 96950

and

        Bruce Berline, Esq.
        Law Office of Bruce Berline
        1st Floor, Macaranas Building
        Post Office Box 5682 CHRB
        Garapan, Saipan MP 96950

DATED: January 4, 2007.

_____
DAVID LEDGER

4813-9267-9169.1.052540-00009        3.