```
 1  CARLSMITH BALL LLP
 2  DAVID LEDGER (CNMI BAR NO. F0195)
    Carlsmith Ball LLP Building, Capitol Hill
 3  Post Office Box 5241
    Saipan, MP 96950-5241
 4  Tel No. 670.322.3455
 5  Attorneys for Defendant
    Cabras Marine Corporation
 6
 7
 8
 9              IN THE UNITED STATES DISTRICT COURT
10                          FOR THE
11         COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
12
13  JOHN BRADY BARRINEAU,              CIVIL ACTION NO. CV05-0028
14             Plaintiff,
15       vs.                           NOTICE OF DEPOSITION;
                                       CERTIFICATE OF SERVICE
16  PROMARINE TECHNOLOGY and
    CABRAS MARINE CORPORATION,
17
             Defendants.
18
19
20  TO:  Mr. JOHN B. BARRINEAU
         by and through his Attorneys of Record:
21
         William M. Fitzgerald, Esq.
22       Law Office of William M. Fitzgerald
         1st Floor, Macaranas Building
23       Post Office Box 909
         Saipan, MP 96950
24
         Bruce Berline, Esq.
25       Law Office of Bruce Berline
         1st Floor, Macaranas Building
26       Post Office Box 5682 CHRB
         Garapan, Saipan MP 96950
27
28
```

4827-4462-3873.1.052540-00009

1  PLEASE TAKE NOTICE that Cabras Marine Corporation, Defendant in the above-entitled action, will take the deposition of **Mr. JOHN B. BARRINEAU** at the Law Offices of Carlsmith Ball LLP, Suite 401, Bank of Hawaii Building, 134 West Soledad Avenue, Hagåtña, Guam 96910, on **Tuesday, February 20, 2007, at 11:30 o'clock a.m.**

The deposition will be recorded pursuant to the Rules of Civil Procedure for the District Court of the Commonwealth of the Northern Mariana Islands. If said deposition is not completed on the date set out above, the taking of the depositions will be continued from day to day thereafter, except for Sundays and holidays, at the same place, until completed.

DATED: Hagåtña, Guam, February 14, 2007.

CARLSMITH BALL LLP

_____
DAVID LEDGER
Attorneys for Defendant
Cabras Marine Corporation

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 14th day of February 2007, I will cause to be served, via electronic filing/service, a true and correct copy of the **NOTICE OF DEPOSITION; CERTIFICATE OF SERVICE** upon the following Counsels of record:

> William M. Fitzgerald, Esq.
> Law Office of William M. Fitzgerald
> 1st Floor, Macaranas Building
> Post Office Box 909
> Saipan, MP 96950

and

> Bruce Berline, Esq.
> Law Office of Bruce Berline
> 1st Floor, Macaranas Building
> Post Office Box 5682 CHRB
> Garapan, Saipan MP 96950

DATED: February 14, 2007.

_____
DAVID LEDGER