1  CARLSMITH BALL LLP

2  DAVID LEDGER (CNMI BAR NO. F0195)
   Carlsmith Ball LLP Building, Capitol Hill
3  Post Office Box 5241
   Saipan, MP 96950-5241
4  Tel No. 670.322.3455

5  Attorneys for Defendant
   Cabras Marine Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| JOHN BRADY BARRINEAU, | CIVIL ACTION NO. CV05-0028 |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF DEPOSITION; CERTIFICATE OF SERVICE** |
| PROMARINE TECHNOLOGY and CABRAS MARINE CORPORATION, | |
| Defendants. | |

TO:  Mr. KENNETH COLLARD
     **by and through:**

     **Thomas C. Sterling, Esq.**
     **Blair, Sterling, Johnson, Moody, Martinez & Johnson, P.C.**
     **Suite 1008, Pacific News Building**
     **238 Archbishop Flores Street**
     **Hagatna, Guam 96910**

PLEASE TAKE NOTICE that Cabras Marine Corporation, Defendant in the above-entitled action, will take the deposition of **Mr. KENNETH COLLARD** at the Law Offices of Carlsmith Ball LLP, Suite 401, Bank of Hawaii Building, 134 West Soledad Avenue, Hagåtña,

4828-8670-6177.1.052540-00009

1　Guam 96910, on **Wednesday, February 21, 2007, at 1:30 o'clock p.m.**

2　　　The deposition will be recorded pursuant to the Rules of Civil Procedure for the District Court of the Commonwealth of the Northern Mariana Islands. If said deposition is not completed on the date set out above, the taking of the depositions will be continued from day to day thereafter, except for Sundays and holidays, at the same place, until completed.

　　　DATED: Hagåtña, Guam, February 14, 2007.

CARLSMITH BALL LLP

_____
DAVID LEDGER
Attorneys for Defendant
Cabras Marine Corporation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of February 2007, I will cause to be served, via electronic filing/service, a true and correct copy of the **NOTICE OF DEPOSITION; CERTIFICATE OF SERVICE** upon the following:

>William M. Fitzgerald, Esq.
>Law Office of William M. Fitzgerald
>1st Floor, Macaranas Building
>Post Office Box 909
>Saipan, MP 96950

and

>Bruce Berline, Esq.
>Law Office of Bruce Berline
>1st Floor, Macaranas Building
>Post Office Box 5682 CHRB
>Garapan, Saipan MP 96950

and via hand delivery to the following:

>Thomas C. Sterling, Esq.
>Blair, Sterling, Johnson, Moody, Martinez & Johnson, P.C.
>Suite 1008, Pacific News Building
>238 Archbishop Flores Street
>Hagatna, Guam 96910

DATED: February 14, 2007.

_____
DAVID LEDGER

4828-8670-6177.1.052540-00009                    -3-