F I L E D
Clerk
District Court

FEB 2 2 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

|   |   |
|---|---|
| 1 | THOMAS C. STERLING |
|   | BLAIR STERLING JOHNSON |
|   |   MARTINEZ & LEON GUERRERO, P.C. |
|   | 1008 Pacific News Building |
| 2 | 238 Archbishop F.C. Flores Street |
|   | Hagåtña, Guam 96910 |
| 3 | Telephone: (671) 477-7857 |
|   | Facsimile: (671) 472-4290 |
| 4 |   |
|   | THOMAS E. CLIFFORD |
| 5 | Attorney at Law |
|   | 2nd Floor Alexander Building, San Jose |
| 6 | P.O. Box 506514 |
|   | Saipan, MP 96950 |
| 7 | Telephone: (670) 235-8846/7 |
|   | Facsimile: (670) 235-8848 |
| 8 |   |
| 9 | *Attorneys for Defendant Pro Marine Technology* |

IN THE DISTRICT COURT FOR THE
THE NORTHERN MARIANA ISLANDS

| JOHN BRADY BARRINEAU, | ) | CIVIL ACTION NO. CV05-0028 |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
| vs. | ) |  |
|  | ) |  |
| CABRAS MARINE CORPORATION, | ) | **STIPULATION FOR CERTIFICATION OF** |
|  | ) | **SUMMARY JUDGMENT AS FINAL** |
| Defendant. | ) | **PURSUANT TO RULE 54(b)** |
|  | ) |  |
| CABRAS MARINE CORPORATION, | ) |  |
|  | ) |  |
| Cross-Claimant, | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| PRO MARINE TECHNOLOGY, | ) |  |
|  | ) |  |
| Cross-Defendant. | ) |  |

**WHEREAS**, on December 28, 2006, the Court entered a Judgment on Cross-Claim in favor of Cross-Defendant Pro

Marine Technology (hereafter "Pro Marine") and against Cross-Claimant Cabras Marine Corporation (hereafter "Cabras"); and

**WHEREAS,** the summary judgment was based upon the Court's determination as a matter of law that the cross-claim could not be maintained subsequent to Pro Marine's settlement with the Plaintiff; and

**WHEREAS,** the Plaintiff's claims against Cabras remain pending; and

**WHEREAS,** the parties acknowledge that there is no just reason for delay in the entry of a final judgment.

**NOW, THEREFORE,** the parties hereto hereby stipulate to the certification of the Judgment on Cross-Claim filed herein on December 28, 2006 as final pursuant to the provisions of Rule 54(b) of the Federal Rules of Civil Procedure.

LAW OFFICE OF BRUCE BERLINE

DATED: FEBRUARY 22, 2007　　　BY: _____
**BRUCE BERLINE**
CNMI BAR NO. F0153
*Attorneys for Plaintiff John Brady Barrineau*

| | |
|---|---|
| 1 | |
| 2 | BLAIR STERLING JOHNSON<br>MARTINEZ & LEON GUERRERO<br>A PROFESSIONAL CORPORATION<br>THOMAS C. STERLING, CNMI BAR NO. F0127 |
| 3 | |
| 4 | THOMAS E. CLIFFORD<br>ATTORNEY AT LAW |
| 5 | |
| 6 | DATED: FEBRUARY 16, 2007        BY: _____ |
| 7 | THOMAS E. CLIFFORD, CNMI BAR NO. F0210<br>*Attorneys for Defendants Pro Marine Technology,*<br>*Kenneth Collard and Chie N. Collard* |
| 8 | |
| 9 | |
| 10 | CARLSMITH BALL LLP |
| 11 | |
| 12 | DATED: FEBRUARY 15, 2007        BY: _____ |
| 13 | DAVID P. LEDGER,<br>CNMI BAR NO. F0195<br>*Attorneys for Defendant Cabras Marine Corporation* |

E49\73061-01
G:\WORDDOC\PLD\TCS\309A-STIPULATION 4 CERT OF
SUMMARY JUDGMENT RE BARRINEAU V CABRAS.DOC

- 3 -