F I L E D
Clerk
District Court

FEB 22 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

THOMAS C. STERLING
BLAIR STERLING JOHNSON
  MARTINEZ & LEON GUERRERO, P.C.
1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telephone: (671) 477-7857
Facsimile: (671) 472-4290

THOMAS E. CLIFFORD
Attorney at Law
2nd Floor Alexander Building, San Jose
P.O. Box 506514
Saipan, MP 96950
Telephone: (670) 235-8846/7
Facsimile: (670) 235-8848

*Attorneys for Defendant Pro Marine Technology*

IN THE DISTRICT COURT FOR THE
THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN BRADY BARRINEAU,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CABRAS MARINE CORPORATION,<br><br>　　　　　Defendant.<br><br>CABRAS MARINE CORPORATION,<br><br>　　　　　Cross-Claimant,<br><br>vs.<br><br>PRO MARINE TECHNOLOGY,<br><br>　　　　　Cross-Defendant. | CIVIL ACTION NO. CV05-0028<br><br><br><br><br><br><br>**ORDER CERTIFYING JUDGMENT ON<br>CROSS-CLAIM AS FINAL** |

The Court having reviewed the stipulation of the parties and determining under Rule 54(b) of the Rules of

1  Civil Procedure that there is no just reason for delay in
2  entering final judgment upon the cross-claim of Cabras
3  Marine Corporation, it is hereby **ORDERED AND ADJUDGED** that
4  the Judgment on Cross-Claim filed herein on December 28,
5  2006 is hereby certified as final pursuant to the
6  provisions of Rule 54(b) of the Rules of Civil Procedure.
7  
8      **IT IS SO ORDERED** this _____FEB 2 2 2007_____.

*/s/ Alex R. Munson*
**HONORABLE ALEX R. MUNSON**
United States District Court Judge

E49\73061-01
G:\WORDDOC\PLD\TCS\309B-ORDER 4 CERT OF SUMMARY JUDGMENT RE BARRINEAU V CABRAS.DOC

**RECEIVED**
FEB 2 2 2007
Clerk
District Court
The Northern Mariana Islands

- 2 -