1 CARLSMITH BALL LLP

2 DAVID LEDGER (CNMI BAR NO. F0195)
Carlsmith Ball LLP Building

3 Capitol Hill
Post Office Box 5241

4 Saipan, MP 96950-5241
Tel No. 670.322.3455

5

Attorneys for Defendant/Cross-Claim Plaintiff
6 Cabras Marine Corporation

7

8                    UNITED STATES DISTRICT COURT

9                             FOR THE

10                   NORTHERN MARIANA ISLANDS

| | |
|---|---|
| 11   JOHN BRADY BARRINEAU, | CIVIL ACTION NO. CV05-0028 |
| 12               Plaintiff, | |
| 13     vs. | **AGREEMENT OF HEARING DATE FOR DISPOSITIVE MOTION; CERTIFICATE OF SERVICE** |
| 14   PROMARINE TECHNOLOGY and CABRAS MARINE CORPORATION, | |
| 15 | |
| 16             Defendants. | |
| 17   CABRAS MARINE CORPORATION. | |
| 18          Cross-Claim Plaintiff, | |
| 19     vs. | |
| 20   PROMARINE TECHNOLOGY, | |
| 21         Cross-Claim Defendant. | |

22

23     The parties, through counsel, have agreed to the following.  The existing date for the

24 hearing of dispositive motions is April  26, 2007.  Cabras Marine has informed Plaintiff's counsel

25 that it intends to move for summary judgment.  However, rather than having the motion heard on

26 April 26, 2007, the parties have agreed to a hearing date of May 10, 2007 at 9:00.

27

28

4845-5879-8849.1.052540-00009

1
2
On March 29, 2007 undersigned Counsel for Cabras Marine contacted the Court and confirmed with Court personnel that May 10, 2007 at 9:00 is available for hearing the motion.

3
4
Therefore, the parties request the Court hear Cabras Marine's motion for summary judgment on May 10, 2007 at 9:00 a.m.

5
6
DATED: Hagåtña, Guam,  March 29, 2007.

7
CARLSMITH BALL LLP

8
9
DAVID LEDGER
Attorneys for Defendant/Cross-Claim Plaintiff
Cabras Marine Corporation

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

## CERTIFICATE OF SERVICE

2      The undersigned hereby certifies that on the 29th day of March 2007, I will cause to be

3  served, via electronic filing/service, a true and correct copy of **AGREEMENT OF HEARING**

4  **DATE FOR DISPOSITIVE MOTION; CERTIFICATE OF SERVICE** upon the following

5  Counsels of record:

6

7               William M. Fitzgerald, Esq.
                Law Office of William M. Fitzgerald
8               1st Floor, Macaranas Building
                Post Office Box 909
9               Saipan, MP 96950

10              Bruce Berline, Esq.
                Law Office of Bruce Berline
11              1st Floor, Macaranas Building
                Post Office Box 5682 CHRB
12              Garapan, Saipan MP 96950

13
   and
14              Thomas C. Sterling, Esq.
                Blair, Sterling, Johnson, Moody, Martinez & Leon
15                 Guerrero, P.C.
                Suite 1008, Pacific News Building
16              238 Archbishop Flores Suite
                Hagåtña, Guam 96910
17

18      DATED: Hagåtña, Guam, March 29, 2007.

19

20                                            _____
                                              DAVID LEDGER
21

22

23

24

25

26

27

28

4845-5879-8849.1.052540-00009                        3.