F I L E D
Clerk
District Court

MAR 29 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN BRADY BARRIENEAU, | Case No. CV-05-0028 |
| Plaintiff, | |
| vs. | **ORDER AMENDING CASE** |
| CABRAS MARINE CORPORATION, | **MANAGEMENT SCHEDULING ORDER** |
| Defendant | |

**THIS MATTER** came before the court on March 29, 2007, on the parties' motion to amend the court's Order Granting First Stipulation Extending Case Management Order Deadlines, No. 34 (June 5, 2006). For good cause appearing and with the agreement of the parties, the June 5, 2006, scheduling order shall be amended as follows:

Hearing on dispositive motions deadline: **May 10, 2007.**

**IT IS SO ORDERED.**

**DATED** this 29th day of March, 2007.

_____
ALEX R. MUNSON
Judge