# EXHIBIT

# "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

JOHN BRADY BARRINEAU,           ) CIVIL ACTION NO. CV05-0028
                                )
              Plaintiff,         )
                                )
        vs.                      )
                                )
PROMARINE TECHNOLOGY and         )
CABRAS MARINE CORPORATION,        )
                                )
              Defendants.         )
_____)

DEPOSITION TRANSCRIPT

OF

# KENNETH W. COLLARD, JR.

February 21, 2007

ORIGINAL

PREPARED BY:     GEORGE B. CASTRO
                 **DEPO RESOURCES**
                 #49 Anacoco Lane
                 Nimitz Hill Estates
                 Piti, Guam 96915
                 Tel:(671)688-**DEPO** * Fax:(671)472-3094

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

JOHN BRADY BARRINEAU,              ) CIVIL ACTION NO. CV05-0028
                                   )
                Plaintiff,         )
                                   )
        vs.                        )
                                   )
PROMARINE TECHNOLOGY and           )
CABRAS MARINE CORPORATION,         )
                                   )
                Defendants.        )
_____   )

    Deposition of **Kenneth W. Collard, Jr.**, taken on
Wednesday, February 21, 2007, at the hour of 1:34 p.m., at
the Law Offices of Carlsmith Ball LLP, Suite 401, Bank of
Hawaii Building, 134 West Soledad Avenue, Hagatna, Guam,
before a Notary Public Officer of Depo Resources, pursuant
to Notice.  That at said time and place there transpired the
following:

                       **APPEARANCES**

For the Plaintiff          LAW OFFICE OF BRUCE BERLINE
                           By: **Bruce Berline, Esq.**


For the Defendant          LAW OFFICES OF CARLSMITH BALL
*Cabras Marine Corporation*    By: **David Ledger, Esq.**

**INDEX**

**DIRECT EXAMINATION**

BY DAVID LEDGER                     5

**CROSS EXAMINATION**

BY BRUCE BERLINE                    48

**RE-DIRECT EXAMINATION**

BY DAVID LEDGER                     77

**RE-CROSS EXAMINATION**

BY BRUCE BERLINE                    86

**FURTHER RE-DIRECT EXAMINATION**

DAVID LEDGER                        89

**FURTHER RE-CROSS EXAMINATION**

BY BRUCE BERLINE                    90

**CONTINUED FURTHER RE-DIRECT EXAMINATION**

DAVID LEDGER                        91

### E X H I B I T S

Defendant's Exhibit A

13-pages:
Defendant Cabras Marine
Corporation's First
Request for Answers to
Interrogatories to
Defendant ProMarine
Technology; Certificate
of Service

Defendant's Exhibit B

7-pages:
Defendant ProMarine
Technology's Response to
Cabras Marine
Corporation's First Set
of Interrogatories

Defendant's Exhibit C

1-page:
Check Off List

Defendant's Exhibit D

1-page:
Cabras Marine Corporation
Invoice No. 54026 dated
5/31/05 to Pro Marine
Technology

**(End Exhibit Files)**

1   **HAGATNA, GUAM, WEDNESDAY, FEBRUARY 21, 2007:  1:34 P.M.**

2

3        COURT REPORTER:   Let me go on record to

4   state that today is Wednesday, February 21,

5   2007; the time is 1:34 p.m.  We are here at the

6   Law Office of Carlsmith Ball, Suite 401, Bank

7   of Hawaii Building, 134 West Soledad Avenue,

8   Hagatna, Guam.

9        We have the deponent, Mr. Kenneth W.

10  Collard, Jr.  Direct examiner is Attorney David

11  Ledger.  Also present is the room is Attorney

12  Bruce Berline.  At this time, I'll just swear

13  in Mr. Collard.

14

15              **Kenneth W. Collard, Jr.**

16  being duly sworn, was examined and testified as

17  follows:

18

19              **DIRECT EXAMINATION**

20  BY MR. LEDGER:

21       Q   Collored?  Is it --

22       A   Collard.

23       Q   Collard.   Color is the pronunciation;

24  okay.  Thank you, Mr. Collard.  My name is

25  David Ledger.  As I just mentioned to you a

1  moment    ago,    I    represent    Cabras    Marine

2  Corporation.      Mr.    Berline    represents    Mr.

3  Barrineau.    And, I want to thank you for coming

4  in today.    And before I get to the questions

5  that    I    have    for    you,    have    you    had    your

6  deposition taken in this case or any other case

7  prior to today?    Is this your first deposition?

8      A    No, this is not.

9      Q    It's not your first deposition?

10      A    No, it is not.

11      Q    Okay.    Your    deposition    has    not    been

12  taken in this particular case, though?

13      A    No, it has not.

14      Q    Is    that    right?    Okay.    The    other

15  depositions that you did -- I mean, the format

16  today    I    don't    expect    to    be    any    different

17  questions    and    answers.    There    may    be    some

18  attorney objections in which case, we will just

19  ask you to stop speaking and we will work that

20  out and then we will move on.

21          Make sure you understand the question

22  before    you    answer    it    because    once    the    booklet

23  is prepared and people are reading it, if they

24  read    a    question,    they    read    an    answer,    the

25  assumption    will    be    that    you    understood    the

1   question before you answered it.  So, if you

2   don't understand any question be sure and tell

3   me that and I will ask it again in a way that's

4   satisfactory to you.

5          Another thing to keep in mind, please,

6   is we are recording electronically.  So, try

7   not to speak before I'm finished with my

8   question, so you don't step on my words, so-to-

9   speak.  And I will do the same and wait until

10  you finish your answer, because it will make

11  the transcription job a lot easier and the

12  transcript easier to read and easier to

13  understand.

14         So, those were just kind of the ground

15  rules that I ask you to be aware of.  I'll go

16  ahead and get started with my questions unless

17  you have any concerns or questions that you

18  want to raise.

19      A   No, let's proceed.

20      Q   Okay.  During the course of the

21  deposition, just to shorten up things, I will

22  just refer to you company Pro Marine Technology

23  as PMT.  Is that okay?

24      A   That's okay.

25      Q   All right.  As of today, what is your

1  position with PMT?

2     A    The President --

3     Q    Okay.

4     A    -- of Pro Marine Technology.

5     Q    Okay.  On the day that Mr. Barrineau's

6  dive incident occurred, what was your position

7  with PMT?

8     A    I was acting as the President on the

9  project.

10     Q    The project being the cleaning of the

11  Hague?

12     A    That's correct and the ship's name is

13  Hague.

14     Q    Hague, okay.  On the day that Mr.

15  Barrineau's diving accident happened, from what

16  I've read in the records, you were on board the

17  Cajun; is that correct?

18     A    That's correct.

19     Q    Were you the ranking Pro Marine

20  Technology person at that time?

21     A    Yes.

22     Q    I want to make sure you understand.  Of

23  all the PMT people that were on board that day,

24  were you the highest in command?

25     A    No, that would be incorrect -- or that

1  would be -- our Dive Supervisor, Mr. Carey

2  Rose, would have been the supervisor of record.

3  I just happened to be on board that day as the

4  Pro Marine representative.

5      Q    Actually that was a question I had for

6  you.  Did you just say Carey Rose?

7      A    Carey Rose.

8      Q    And that's a male?

9      A    Yes, it is.

10     Q    So, on the day of Mr. Barrineau's

11  diving incident, Carey Rose was a PMT employee;

12  is that correct?

13     A    Correct.

14     Q    And he was in-charge of the dive

15  operation?

16     A    That's correct.

17     Q    Okay.  And you were also on board as

18  the acting President of the company?

19     A    Yes.

20     Q    Okay.  At that point in time, you

21  identified Carey Rose as sort of the Supervisor

22  or the Director of what was going on that day.

23  What is his -- at that point in time, what was

24  his official title or job position?

25     A    Dive Superintendent.

1    Q    Okay.  And, in general, what would his

2    responsibilities have been on any dive

3    operation?

4    A    He was in-charge of the entire dive

5    operation, from setup to breakdown.

6    Q    Did the divers that would be working on

7    a particular operation report to Carey Rose?

8    Is he their supervisor?

9    A    Yes.

10    Q    Okay.  And at the point in time of Mr.

11    Barrineau's incident, how long had Mr. Rose

12    worked for PMT?

13    A    Probably --, without going back to my

14    records, I would say he'd been at least with us

15    for a year.  And he's previously worked for us

16    several years ago for a period of years.

17    Q    Okay.  And in discovery, I know you

18    provided some information about various

19    employees that were on board the Cajun at that

20    particular point in time, including the

21    credentials, whether they were navy diver,

22    otherwise certified.  Do you remember as you

23    sit here today, and I think Carey Rose's

24    information was included in that documentation,

25    as you sit here today, do you remember what his

1  qualifications were at the time Mr. Barrineau

2  had the diving accident?

3      A    Mr. Rose was a Retired U.S. Navy Diver,

4  First Class.

5      Q    Okay.   Is he still -- Mr. Rose still

6  employed with PMT?

7      A    Yes.

8      Q    Okay.   How about -- this is a very

9  unusual name.   It is Conald, C-O-N-A-L-D, Jonah

10  is that right --

11     A    Correct.

12     Q    -- Mr. Collard?   Jonah is J-O-N-A-H.

13  Is that the correct pronunciation, Jonah?

14     A    I believe so.

15     Q    Okay; Conald.   That's a tongue twister.

16  Anyway, was Mr. Jonah on board the Cajun on the

17  day of Mr. Barrineau's diving accident?

18     A    Yes.

19     Q    What was his role?

20     A    He was a diver, diver tender.

21     Q    And what does a diver tender do?   In

22  that setting, what was a diver tender's

23  responsibility?

24     A    He would tend the diver.   He would hold

25  the diver's umbilical.   He would help the diver

1  get in to his mask.  He would assist him in and

2  out of the water.  But most important is, he

3  would tend the umbilical that is connected to

4  the diver.

5      Q    Once the diver is in the water?

6      A    That's correct.

7      Q    And would that be a one-on-one

8  situation?  Would it be one tender for one

9  diver?

10      A    Yes.

11      Q    Okay.  And when Mr. Barrineau's diving

12  accident occurred, from what I've read, there

13  was a standby diver and Mr. Barrineau was the

14  diver that was going underneath the ship to

15  perform the cleaning operation.  Was Mr. Jonah

16  a tender for the standby diver or for Mr.

17  Barrineau?

18      A    As I recall, I believe Mr. Jonah was

19  the tender for Mr. Barrineau.  Now, without

20  going back in the records, my recollection as

21  we sit here, is that he was -- Jonah was the

22  tender.

23      Q    Okay.  I apologize for the slight delay

24  here.  These are not my regular set (peruses

25  documents).  Now, again, based on what the

1  discovery    information    that's    been    made
2  available   to   me   and   what   I   have   read,   the
3  situation   that   at   least   had   some   role   in
4  bringing about what happened was that there was
5  -- what I'll refer to as a black mask and a
6  white mask.    And there were umbilical cords,
7  which were color-coded white and black.    So
8  white goes to white and black goes to black.

9         And what I've read indicates that there
10  was a mismatch.    The white-coded hose umbilical
11  was connected to the black mask and vice versa.
12  The black-coded umbilical was connected to the
13  white mask.    Okay?    I'm not sure which mask Mr.
14  Barrineau had on.

15         So,   with   that   background,   I   have   two
16  questions    for    you.      First,    was    that    the
17  situation   that   there   was   a   black   mask   and   a
18  white mask and corresponding colored umbilical
19  cords?

20     A    Yes.

21     Q    Okay.    Am I correct in my reading that
22  the white-coded umbilical cord was supposed to
23  be hooked up to the white mask and the black to
24  the black?

25     A    That's correct.

1    Q   Okay.  Was that the situation with Mr.

2 Barrineau's mask, be it a white or black, was

3 it coded and connected to the proper umbilical?

4    A   Two masks were inadvertently connected

5 to the wrong hoses.  The white mask was

6 connected to the black hose and vice versa.

7    Q   Do you know which colored mask Mr.

8 Barrineau was wearing when he made his dive to

9 clean the bottom of the boat?

10    A   Without going back to prior discovery,

11 I would -- sitting here now, I don't know.  I

12 don't recall.

13    Q   Okay.  Would it have to have been one

14 or the other because there was only two masks

15 in operation, a black and a white, at the time

16 of Mr. Barrineau's accident?

17    A   Yes.

18    Q   Okay.  So, whether it was black or

19 white, the hoses were mismatched?  Okay.

20    A   That's correct.

21    Q   Okay.  Now, did -- let me back up a

22 little bit.  As far as the Cajun dive boat was

23 concerned, the dive platform, call it what you

24 will, do you remember how many crewmen -- how

25 many Cabras employees were on board?

1    A    There was two.

2    Q    Okay.  Did either of those people have

3 anything to do with hooking up the white cord

4 to the black mask or visa versa?

5    A    No.

6    Q    Okay.  I will give this to you, a copy

7 to you, Bruce, and to you Mr. Collard.  These

8 are answers.  I'm going to refer to this sort

9 of -- in the sense that I have a few questions

10 to  expand  on  certain  answers  that  were

11 provided.  First of all, let me tell you what

12 are these things are.

13              We'll  mark  as  Exhibit  A  and  B.

14 Exhibit A will be Cabras Marine Interrogatories

15 directed  to  Pro  Marine.   That's  this  one

16 (indicating).  And then as Exhibit B, would be

17 Pro Marine's answers to those interrogatories.

18        MR BERLINE:  You want to mark on that,

19 Ken?

20    A    Yeah, I know that, yeah -- thanks.

21        MR. LEDGER:   (to court reporter) Can I

22 have a couple of your stickers there?  Okay, I

23 will  just  take  care  of  that.   Do  you  want

24 stickers?

25        MR. BERLINE:  Sure.

1    MR. LEDGER: There you go. B and A,

2 okay, just hold on to those for a moment.

3    (Defendant's Exhibits A and B were

4 marked for identification)

5 BY MR. LEDGER:

6    Q Let me get back to the issue of the

7 white hose connected to the black mask and the

8 black hose connected to the white mask. As far

9 as your understanding and knowledge of what

10 happened to Mr. Barrineau, did that situation

11 lead to the air supply to Mr. Barrineau being

12 cut off, the reversal of the umbilical cords to

13 the mask?

14    A Yes.

15    Q Okay. Can you -- in your own -- based

16 on your own recollection being on board, how

17 did that happen? How did the mismatching of

18 the umbilical to the mask cause the air to be

19 turned off?

20    A The mask that was not in use, as it was

21 being hooked up to the second diver began --

22 the regulator began to free-flow, meaning the

23 air would not stop dispersing out of it. A

24 regulator, if you are familiar with what a

25 regulator does, it is -- a demand regulator

1    that when you breathe in, it's supposed to

2    provide air.

3         This regulator was malfunctioning and

4    it would not stop free flowing of air.  So, we

5    had to disconnect the air supply line in order

6    to disconnect the regulator and replace it with

7    a new one.

8         At that time, the umbilical that was

9    not being used by Mr. Barrineau, the cord turn

10   valve that supplies that hat was inadvertently

11   turned off because the hat was mistakenly

12   hooked-up to the wrong umbilical.

13        Again, without remembering exactly

14   which hat was -- Mr. Barrineau had, he either

15   had the black hat hooked-up to the white

16   umbilical or he had the white hat hooked up

17   with the black umbilical.

18        The air was cut off, was shut off and

19   this is when we realized that we have shut the

20   -- the mistake was made.

21        Q    Instead of shutting off the air to the

22   unused mask --

23        A    Yes.

24        Q    -- the air to Mr. Barrineau --

25        A    Yes.

1    Q  -- was shut off?  Okay.  Who was

2    responsible for hooking up the umbilical cords

3    to the masks?

4    A  This is something out of the crew of --

5    or, of a crew of six at the time of Pro

6    Marine's crew members, there was only four that

7    were possible, hooking up the mask to the

8    umbilicals, because there was two more of us

9    that were on board the Hague that we are doing

10   what we called the ship's safety tagout.

11          So, out of it, the crew, there was only

12   -- there was only a certain number of -- that

13   could have possibly done this.

14          Now, the deck, the Cajun is very, very

15   -- the deck space of the Cajun is very, very

16   small, very tight.  So, we had umbilical hoses,

17   diver's umbilicals, we had hydraulic hoses and

18   it was very, very congested.  So, I would

19   imagine that the mistake was made because

20   somebody crossed one end, one umbilical over

21   the top of another one and the assumption was

22   made that that's the one that they should be

23   hooking up to.

24   Q  Did the guys that were employed by

25   Cabras have anything to do with making those

1  hook-ups?

2      A    No.    Once they secure the Cajun to the

3  side of the Hague, they went forward up into

4  the cabin and we probably wouldn't -- we did

5  wouldn't see him for probably the rest of the

6  day.

7      Q    Okay.    So, as opposed to the -- you

8  described the work deck where the PMT equipment

9  and systems are located and once the Cajun

10 arrived at the dive site, the Cabras crew went

11 into the wheelhouse of the boat?

12     A    Yes.

13     Q    Okay.    Was that according to your

14 expectations?  Did you expect or anticipate the

15 Cabras employees would be involved at all in

16 the diving operation?

17     A    No, we wouldn't expect that.

18     Q    Okay.    Let us see here (peruses

19 documents).  Okay, if you can open Exhibit A to

20 page 8.  And Exhibit B, open that to -- please

21 open that to page 3.  "A" has the question and

22 Exhibit B has the answer and you have to cross

23 reference, okay?  Because the question --

24     A    Which number?

25     Q    Eleven.

1      A    Okay.

2      Q    Okay?  Because    the    answer    is    stated

3  independent of the questions, so that's why you

4  have to look back and forth.

5           Now, the question in Interrogatory 11,

6  "With  regard  to  the  paragraph  18  of  the

7  Plaintiff's Complaint, was Pro Marine the owner

8  of 'all of the equipment necessary to complete

9  the underwater mission of scrubbing the hull of

10  the M/V Hague, including the air supply used

11  for Plaintiff Barrineau's dive?'"

12           And the answer that you gave is, "Yes,

13  except for the M/V Cajun.".

14           And I just want to -- the answer was

15  okay.  We were all right with the answer, but

16  the question was a little bit different than

17  what I think you anticipated.  And a question -

18  - a little different than the question that you

19  answered.  And here is the difference.

20           If you look closely at Question Number

21  11, there's a reference to completing the

22  underwater mission of scrubbing the hull of the

23  Hague.  And the underwater mission meaning,

24  everything that happens off of the Cajun, okay,

25  underneath the Hague.  That's the intent of the

1    question.  Do you see the distinction?

2        A    Yes.

3        Q    Okay.  And so the answer that you gave

4    "yes" meaning PMT is the owner of all this

5    equipment.  You say, "Yes, except for the M/V

6    Cajun."  Okay?  If you understand the question

7    to mean only the equipment that was being used

8    in the underwater dive operation, would your

9    answer change at all?  Would it just simply be

10   "yes" as opposed to "yes, except for --"

11       A    Again, the way that I interpreted the

12   question was that, mission was to scrub the

13   hull.  But the mission also encompassed the use

14   of a platform to work off of.  The Cajun acted

15   as that platform, which was a part of that

16   particular mission.

17       Q    Okay.

18       A    That was my interpretation of the

19   question and it was answered as such.  We owned

20   all the equipment necessary for the underwater

21   mission of the cleaning of the hull with

22   exception of the Hague (sic).  We did not own

23   it yet.

24       Q    You mean the Cajun?

25       A    I am sorry, the Cajun.

1    Q    The Cajun.  Okay.  I just want to make
2    sure that you understood that you answered the
3    question   according   to   your   understanding.
4    Okay?  Because I -- we intended the questions
5    to say something a little bit different.

6         Other than transporting your PMT, men
7    and the diving equipment or the systems that
8    were required to do the underwater work, did
9    the Cajun or the crew of the Cajun have any
10   involvement?

11   A    No.  No direct involvement with it.  As
12   you say, it provided transportation to and from
13   and acted as a work platform.  And any other
14   would be -- they acted in no other capacity
15   other than that.

16   Q    When the Cajun reached the location of
17   the Hague where the work was going to be
18   performed, did the -- the Cajun is then secured
19   to  the  side  of  the  Hague,  is  that  what
20   happened?

21   A    Correct.

22   Q    Okay.  Who did that?

23   A    That would be the deckhand or he was
24   also the Chief Engineer -- deckhand.  The
25   Captain would stay in the wheelhouse and the

1  deckhand would secure all the mooring lines to
2  the side of Hague.

3      Q    The Captain of the Cajun?

4      A    Correct.

5      Q    Okay.    And the deckhand that you're
6  referring to was a Cabras employee or a PMT
7  employee?

8      A    He was a Cabras employee.

9      Q    Okay.    And once his work in securing
10  the Cajun to the Hague was completed on the day
11  of Mr. Barrineau's accident, then what did that
12  deckhand do?

13      A    Me and the captain would be up in
14  wheelhouse.

15      Q    Okay.

16      MR. BERLINE:    David, I just want a
17  quick objection, lack of foundation and vague
18  as to time.    I'm not sure ,and you might want
19  to clear this up, if Mr. Collard was on the
20  boat each and everyday or just that day when
21  the accident happened.    And if he was only
22  there that one day, then I have got a lack of
23  foundation objection as far as, where is this
24  information coming from?    Did the deckhands
25  help?

1          MR. LEDGER: Well, what --

2          MR. BERLINE: Everyday or other day?

3  BY MR. LEDGER:

4     Q    The description that you just gave us

5  as to the actions of the Cabras employees upon

6  arrival at the job location, my question was

7  limited to the day in question.

8     A    Uh-huh, okay.

9     Q    And that's -- your answer is based on

10  the events of that day, is that correct?

11     A    That's correct.

12     Q    Okay, because you were on board the

13  Cajun?

14     A    Yes.

15     Q    So, your answer is based on personal

16  knowledge?

17     A    Yes.

18     Q    Okay.  There is -- to get to Mr.

19  Berlin's point, as far as I can see in the --

20  basically the bill that Cabras Marine sent to

21  you for the $1,500 a day, it looks like there

22  were four and a half days that you hired the

23  Cajun.  The half day being the day that Mr.

24  Barrineau was injured and had to abort the

25  operation that day.  For the other four days

1    that were full working days, were you on board

2    at all?

3       A   Yes, I was.

4       Q   How many of those other days?

5       A   The rest of the remaining four days.

6       Q   Okay.  Were that actions of the Cabras

7    crew in the sense of taking the boat to a

8    location and securing it and then going into

9    the wheelhouse away from the work area, did

10   that occur consistently on each of the days?

11       A   Yes, it did.

12       Q   Okay.  On Exhibit A, just drop down to

13   the next question, "With regard to paragraph 18

14   of the Plaintiff's Complaint, was Pro Marine

15   responsible for maintaining and servicing 'all

16   of the equipment to complete the underwater

17   mission of scrubbing the hull of the M/V Hague,

18   including the air supply used for Plaintiff

19   Barrineau's dive?'"

20        And again your answer is "Yes, except

21   for the M/V Cajun".

22        Now, the Cajun is a work boat with a

23   work deck, is that correct, an open deck in the

24   back?

25       A   Correct.

1    Q    And  is  that  where  PMT  --  on  the  open

2   deck,  is  that  where  PMT  had  all  of  the  gear  and

3   system  necessary  to  do  the  underwater  work?

4    A    Not  all  of  it.    Most  --  our  compressor

5   was  forward  because  of  the  noise.    We  didn't

6   want    the    noise    to    interfere    with    the

7   communications.    So,  that  was  the  only  thing.

8   All  the  rest  of  our  equipment  was  on  the  stern

9   or  the  rear  deck  of  the  Cajun.

10    Q    And  the  compressor  that  was  located

11   forward,  was  that  compressor  owned  by  PMT?

12    A    Correct.

13    Q    Okay.    So,  including  the  compressor

14   that  was  located  on  a  forward  location  and  all

15   of    the    other    equipment    systems    that    were

16   located  on  the  work  deck,  whose  responsibility

17   was  it  to  ensure  that  that  equipment  was  in

18   good  operational  status?

19    A    We  had  --  that  was  our  responsibility.

20   All  of  our  Pro  Marine  Technologies  equipment

21   was  maintained  by  us.    Each  piece  of  equipment

22   had  a  member  of  the  crew  that  was  stationed

23   next  to  it  that  tended  it  while  the  machine  is

24   in  operation.

25    Q    A  member  of  the  PMT  crew?

1     A    Correct.

2     Q    Okay.  So, sort of a dedicated one-man

3  to one-piece of equipment situation?

4     A    Correct.

5     Q    And did that include the compressor?

6     A    Yes, it did.

7     Q    And did it include the two valves that

8  supplied air to the umbilicals?

9     A    Okay.  The compressor is one portion of

10  the air supply.

11     Q    Okay.

12     A    You go from an air compression, which

13  fills up the 2,000 PSI flasks.  The air supply

14  from the flask is regulated down a workable

15  breathing pressure of about 100 PSA, which goes

16  into a volume tank.  The volume tank is a 30-

17  gallon volume tank, which is a receiver, so-to-

18  speak.  The two quarter turn valves, the diver

19  supply comes off of this volume tank.  The

20  quarter turn valves are hooked up or -- excuse

21  me, the diver's umbilicals are hooked up to the

22  tube, quarter turn valves off the volume tank.

23     Q    And would that volume tank with the two

24  valves be an item that a Pro Marine Technology

25  crew member was assigned to?

1    A    Yes.         The    volume    tank,    the
2  communications,  the  regulator  that  comes  off  of
3  the  2,000  PSI  flasks  were  controlled  by  our
4  diving  supervisor,  Mr.  Carey  Rose.
5    Q    And  there  was  --  okay.  I  understand  --
6  pretty  sure  I  understand  how  things  were  run.
7  Carey  Rose,  being  an  overall  supervisor,  or
8  Carey  Rose  having  a  responsibility  for  a
9  particular  portion  of  the  system.
10    A    As  the  overall  supervisor.  His  station
11  --  this  equipment  was  in  his,  circle  of  his
12  responsibilities.
13    Q    Okay.    And  then  people  under  him,
14  people  under  Mr.  Rose  would  have  responsibility
15  to  monitor  or  look  after  individual  pieces  of
16  equipment?
17    A    Yes.    Again,  we  had  one  dedicated  to
18  the  air  compressor  source.
19    Q    Okay.
20    A    We  had  one  person  that  was  dedicated  to
21  the  two  hydraulic  power  units  that  supplied  the
22  hydraulic  power  to  the  brushers,  the  cleaning
23  brushers.
24    Q    And  one  assigned  to  the  --  what  do  you
25  call  it,  a  receiver  tank?

1      A     The volume tank.

2      Q     The volume tank.   Okay.   We've just

3  mentioned something, I may have covered it

4  generally, but we've been talking always about

5  the equipment that's necessary to put divers in

6  the water.     The umbilicals, the masks, the

7  compressors, the tanks.

8            The hydraulic?   There was a hydraulic

9  system also on board that was utilized to turn

10  the brushes to do the cleaning.   Is that right?

11      A     Yes, we had two hydraulic power units.

12      Q     Okay.   And when you say "we", they were

13  Pro Marine units?

14      A     Correct.

15      Q     Okay (pauses, peruses documents). Okay,

16  we've answered that; we can move on.     The

17  location, the tank that had the two quarter-

18  turn valves, can you remember which of the Pro

19  Marine individuals was dedicated to that?

20      A     Like I previously said, Mr. Rose had

21  the communications; the 2,000 PSI flasks, the

22  regulator regulating the pressure out of those

23  flasks into the volume tank and the volume tank

24  itself.   These are the equipment that was in

25  his realm of responsibility.

1    Q   Oh, so Mr. Rose had those items?

2    A   Yes.

3    Q   And other crew members had other

4    aspects of the system?

5    A   That's correct.

6    Q   Okay; okay.   Going back to the

7    situation you described where the unused mask

8    had a regulator that was not functioning

9    properly and air continued to flow when it was

10   not supposed to flow; is that what was

11   happening to the unused mask?

12   A   Yes, there was a malfunction.

13   Q   And as I have read the information, in

14   order to address that problem, the air supply

15   flow to that mask needed to be cut off; is that

16   correct?

17   A   Correct.

18   Q   And that's when the wrong valve was

19   inadvertently turned and the air of Mr.

20   Barrineau was cut off; is that correct?

21   A   That's correct.

22   Q   Then who did that?   Who turned the

23   wrong quarter turn valve?

24   A   That would be me.  Myself.

25   Q   Okay (pauses, peruses documents).  Is

1  there a Mr. Vance Eflin?  Is he still employed

2  with PMT?

3       A   No, he is not.

4       Q   Do    you    know    his    whereabouts?

5  Currently?

6       A   He   is   still   on   island.   Who   he's

7  working for or where he is, I do not know.

8       Q   Okay.   In your company's records, what

9  would be -- would you have, like a last known

10 address to send his W2 to or something like

11 that?

12      A   For 2006, I would -- yes, I would --

13      Q   Yes, I guess that would.   This is the

14 season, right --

15      A   Yeah.

16      Q   -- to send out that stuff?  Okay.   I'm

17 just asking because there may be a point in

18 time where we want to take his deposition or

19 service subpoena on him.  Since he is no longer

20 working for you, we might come back to PMT and

21 see if we can get that information from PMT.

22          Changing gears a little bit, when you

23 were arranging or when you were doing what you

24 needed to do to arrange for the Cajun to

25 provide the platform and the transportation,

1  who at Cabras Marine were you interacting with?

2      A    That would be -- at first, would be

3  Stan Hall, Captain Stan Hall.

4      Q    Okay.

5      A    And then -- (pauses).

6      Q    Paul Blas?

7      A    Thank you.

8      Q    Paul Blas of memory --

9      A    Yes, correct.

10     Q    -- memory exercise.  And what was the -

11  - I mean I mentioned $1,500.00 a day a while

12  ago and it was for, I think four-and-a-half or

13  five-and-a-half days.  Can you tell what you

14  recollect of those arrangements and what were

15  they?

16     A    The arrangements were to act as a

17  shuttle service between the Hague and the Sumay

18  Cove Marina to work as a diving platform once

19  we were on site.

20     Q    And what were the -- again, I said

21  $1,500.00 dollars a day, and I didn't mean to

22  put words in your mouth, but was that the

23  arrangement for everyday you wanted the boat,

24  it was $1500.00?

25     A    I believe that was the amount, the

1    daily rate.  We had one day that was cut short.

2    We paid them a half-a-day, even though we were

3    only out there for about an hour and a half on

4    the day of the incident.

5         Q    Okay; okay.    Was there any other

6    paperwork besides, you know, the quote and the

7    invoice and you paying them?

8         A    No, there was not.  All we had was the

9    daily sheets.

10        Q    Okay.  Do you remember, was it a four-

11   and-a-half days or five-and-a-half days?

12        A    If I recall, it was four-and-a-half

13   days.  We were supposed to be out there for

14   five, but we were billed for four-and-a-half.

15        Q    Okay.

16        A    I believe we started on the 21st and

17   finished on the 25th of May.

18        Q    And the arrangement was that you would

19   pay a daily rate as opposed to a weekly rate or

20   a monthly rate; is that correct?

21        A    That's correct.

22        Q    Other than Mr. Eflin, who you said is

23   no longer employed by PMT, of the members of

24   your crew, the PMT crew, that were on board the

25   day of Mr. Barrineau's dive accident, are any

1  of them, other than yourself, are any of them

2  still employed by you?  Carey Rose, you said,

3  is.  How about the other PMT employees?  I can

4  get a list of who was out there, if that could

5  help.

6      A   No, it's not necessary.

7      Q   If you need it.  Okay.

8      A   Chris Shelton is no longer working for

9  us, Christopher Shelton.   The last time I

10 heard, they moved to Florida.   Whereabouts,

11 unknown.  A Ben Mantanane is no longer working

12 for us.  And Conald Jonah works -- Conald Jonah

13 only worked for us on a limited part-time

14 basis.

15     Q   Okay.  How about Ben Mantanane, do you

16 know his whereabouts?

17     A   He's still on island.  I don't know

18 whereabouts.

19     Q   Okay.   And Mr. Jonah still works

20 intermittently for PMT?

21     A   Yeah, limited.

22     Q   Okay.

23     Q   Okay.  But he's here on Guam, is that

24 right?

25     A   Yes.

1    Q   He is, okay.   All right.   So, Cris

2    Shelton is gone, as far as you know, to

3    Florida?

4    A   Yes.

5    Q   All right.   Okay.   I have a few more

6    questions for you.   Questions will be posed to

7    you in the sense that you were on board on the

8    particular day in question.   Okay?   And that at

9    that point in time you were the acting

10   president of the PMT?

11   A   Yes.

12   Q   Is that right?   Okay.   In some of the

13   materials that we have in the file, you know,

14   the incident involved with Mr. Barrineau has

15   been characterized as a, you know, an emergency

16   situation.   Okay?   My question is, from your

17   perspective in your role that day as the

18   representative of PMT, did you have any

19   expectation that the Cabras employees should

20   have been trained to respond to the diving

21   incident that happened?

22   A   No, it was not expected of them.

23   Q   Go ahead.

24   A   May I ask you to repeat the question,

25   please?

1    Q    Yes.    I'll    put    it    in    a    little    bit
2  different    way,    but    it    will    be    the    same
3  question.    When    the    trouble    started    with    Mr
4  Barrineau,    when    his    air    supply    was
5  inadvertently    cut    off,    okay,    was    it    your
6  expectation    that    the    Cabras    employees    up    in    the
7  deck    house    should    have    been    trained    to    respond
8  to    that?
9    A    No,    it    was    not    expected.
10    Q    Okay.    You    spoke    a    while    ago    about    what
11  your    expect-    --    what    PMT's    expectations    of    the
12  Cabras    boat    and    employees    were.    And    you
13  included    in    your    description,    transportation
14  from    Sumay    Cove    to    the    Hague,    secure    at    the
15  Hague,    remain    on    station,    provide
16  transportation    back    to    Sumay    Cove.    Were    there
17  any    other    expectations,    other    than    doing    those
18  things    safely?    Were    there    any    other
19  expectations    of    PMT    of    the    Cabras    employees    or
20  boat?
21    A    No,    there    was    not.
22    Q    That    kind    of    covers    a    lot    of    ground,
23  but    I'm    going    to    ask    you    some    specific
24  questions    that    sort    of    fall    under    that
25  umbrella.    One    of    them    is,    was    there    any

1   expectation on the part of PMT that Cabras

2   Marine or its employees would have any

3   obligation to ensure that the PMT employees

4   were medically fit and trained to do what they

5   were doing?

6       A    No, it was not expected.

7       Q    Now, as far as the equipment, and this

8   again, the day in question, okay, the day we're

9   always talking about the day of Mr. Barrineau's

10  incident unless I want to broaden that horizon,

11  to your knowledge, was the equipment that was

12  on board and providing what was necessary for

13  the dive, okay, was there anything wrong with

14  the equipment itself?

15      A    Please elaborate.

16      Q    Well, go back to what I said earlier at

17  the beginning of the deposition is that, either

18  a cause or the cause of what happened to Mr.

19  Barrineau was these quarter turn valves being

20  incorrectly set so that his air was cut off,

21  instead of cutting off the air to the leaking

22  regulator.

23          As far as you're concerned in your role

24  that day, was there anything wrong with the

25  equipment or was it the way the valving on the

1   equipment was set that cause what happened?

2        A    There    was    nothing    mechanically

3   unsatisfactory with the working conditions of

4   any of the equipment.   The problem laid up in

5   the connection of the hat to, or the masks,

6   excuse me, the masks to the umbilical hoses.

7        Q    Okay.    Throughout the time the Pro

8   Marine Technology was a party in this lawsuit,

9   was anything ever discovered that led to a

10  conclusion or suspicion that there was anything

11  defective about any of the equipment that was

12  involved in the dive operation on that day?

13       A    Define defective.

14       Q    A compressor being inoperative, the

15  quarter turn valves maybe being too loose and

16  they turned on their own.   I think the question

17  may be is better put was -- is there any thing

18  other than the inadvertent -- maladjustment of

19  the quarter turn valves that you're aware of

20  that caused what happened?

21       A    Besides the malfunctioning of the

22  regulator, there was nothing defective of any

23  Pro Marine's equipment.

24       Q    Okay.   That's a good point.   So, only

25  the regulator, as far as you know?

1    A    (no audible response)

2    Q    Okay.    And the regulator belonged to

3  whom?

4    A    Pro Marine.

5    Q    And as far as any maintenance that can

6  be performed to a regulator, who would have

7  been responsible for that?

8    A    Myself or Mr. Rose, but we always carry

9  replacement parts.    So, we can take off one

10  regulator and snap right on another one.

11    Q    Okay.    When did you first become aware

12  that there was some problem with the regulator

13  that would not hold air?

14    A    When the diver was going to -- when the

15  tender was going to dress the diver, evidently

16  something    had    happened    that    was    not    --

17  something happened internally on the working

18  parts of the regulator that when he put it up

19  to the mask or put the mask up to the diver's

20  face, it began to free flow.

21    Q    Okay.    Earlier you described the sort

22  of the work environment.    There was -- the

23  Cajun had a stern deck, a working deck, where

24  all of the PMT dive systems were located with

25  the    exception    of    the    compressor    which    was

1  located somewhere forward, is that right?

2      A    That's correct.

3      Q    Okay.    And  in  terms  of  how  the  PMT

4  equipment was located and stored on the working

5  deck of the Cajun, where it was placed and how

6  it  was  configured,  who  was  responsible  for

7  that?

8      A    Probably  everybody,  but  the  final  say

9  would  be  probably  the  Diving  Supervisor,  Mr.

10  Rose.

11      Q    Okay.    "Probably  everybody,"  meaning

12  everybody employed by PMT?

13      A    That's  correct,  the  crew  members  of  Pro

14  Marine Technology.

15      Q    Okay.    And  Mr.  Rose  would  have  final

16  say  so  is  to  where  particular  items  were  set

17  up?

18      A    If  something  caught  his  eye  that  was

19  incorrect,  he  would  say  something,  but  if

20  everything  was  stowed  properly  then  there  would

21  be no reason to say anything.

22      Q    On  the  four  and  a  half  days  that  this

23  operation  on  the  Hague  occurred,  did  Pro  Marine

24  Technology  take  its  equipment  off  every  evening

25  and put it back on the next day?

1    A    No, we would not.

2    Q    It stayed on it?

3    A    It stayed on for the duration.

4    Q    It stayed on, okay. Beginning with the
5    first day of the operation and concluding with
6    the last day of the operation, whenever that
7    may have been, the dates are not important, but
8    on the beginning of the first day and at the
9    end of the fifth day, was there ever any change
10    in the responsibilities as far as who was
11    responsible for the maintenance and the
12    operation of the equipment, the dive equipment?
13    Did PMT remain responsible for that the entire
14    time of the operation?

15    A    That'll be correct.

16    Q    Okay. Was there ever an instance where
17    either the Cabras employees, at least in your
18    view, did something they weren't supposed to
19    do; tanker with the equipment, move the
20    equipment, get involved in the PMT's
21    operations?

22    A    To my knowledge, there was no tampering
23    with any of our equipment. Each night, all of
24    our equipment was covered with our company
25    covers just to keep them out of the elements in

1 case it rained or anything, but nothing was

2 ever noticed that have been -- none of our

3 equipment -- we didn't notice any proof of

4 tampering or any evidence of tampering.

5     Q   And to be sure, I didn't mean

6 tampering, it's not really -- not a very good

7 choice of word. I didn't mean tampering in the

8 sense that -- tampering in the sense that, you

9 know, they were really doing something that

10 they weren't supposed to be doing. What I

11 meant was, the equipment when on the Cajun Day

12 1 and it came off the Cajun at the end of the

13 operation. During that period of days, was

14 there any involvement of the Cabras employees

15 and the maintenance or the placing or the use

16 of the equipment?

17     A   No.

18     Q   The PMT equipment.

19     A   No.

20     Q   Okay. May I go back to the last

21 question?

22     A   Sure.

23     Q   You said placing the equipment?

24     A   Uh-huh. They helped us when we first

25 brought the equipment from the pier side onto

1   the stern deck.  And the captain would keep the

2   boat tied into the pier and the deckhand would

3   move some of their own equipment so that we

4   have room to put our equipment.

5       Q   Some of the equipment that would

6   normally be carried on the Cajun?

7       A   Yeah, houser lines, ropes, buoys,

8   fenders.

9       Q   Okay.

10      A   They would assist moving their

11  equipments so that we could load in place ours.

12      Q   Who would move the Cabras equipment to

13  accommodate your equipment?

14      A   The Cabras deckhand.

15      Q   Okay.  Earlier I asked you a question

16  in terms, you know -- the question was, was it

17  your expectation that the two Cabras employees

18  should have been prepared to respond to the

19  diving emergency?  A little bit -- this is a

20  similar question, maybe a little bit broader.

21  Once the problem with Mr. Barrineau arose, when

22  that sequence of events started, accidental

23  shutting off of his air, did you as the PMT

24  representative on board have any expectation

25  that the Cabras employees would intervene in

1    that course of events and do something about

2    it?

3        A    No, it wasn't expected.

4        Q    Okay.    After Mr. Barrineau was back on

5    board, let's just use that as a starting time,

6    from that point forward, was there any -- from

7    that point forward, did any problems with the

8    dive equipment, other than the regulator, ever

9    come to light?

10       A    (pauses)

11       Q    Earlier I asked you, was there any

12   problem with any of the equipment in the sense

13   that it was defective or didn't operate

14   properly and you said only the regulator

15   because it wouldn't hold air.

16       A    Correct.

17       Q    Okay.    After the accident happened and

18   during the course of any investigation or any

19   followup that PMT conducted on its own, did any

20   of the other equipment on board ever become

21   suspect?

22       A    To my knowledge, no.

23       Q    Okay.    Limited to the regulator?

24       A    Yes.

25       Q    Okay.    After Mr. Barrineau was able to

1  get back on board, as there was a shutoff and

2  he eventually made his way back, got back on

3  the Cajun and -- what happened then?  What did

4  the Cajun and the Cabras employees do?

5      A   At the time when Mr. Barrineau was able

6  to come up on deck on his own power, we went

7  down below and we did an assessment of his

8  injury; asked him if he wanted any emergency

9  medical, which would oxygen, medical oxygen,

10 which we carry on board, and he didn't say he

11 needed it.  We put a band aid on his, small

12 band aid on his -- I can't remember if it was

13 his left or right eye brow.

14      At that time, the members of the -- the

15 crew members of the Cabras were told what had

16 happened.  And after we did an assessment to

17 Mr. Barrineau, Mr. Rose decided that we would

18 cancel dive operations for the day, pack

19 everything up, go back and so his get in to our

20 warehouse and then do a complete follow up on

21 this and get everybody involved what had

22 transpired, what we would do to resolve this so

23 that it'll never happened again.  Mr. Barrineau

24 took an active part in this round table

25 discussion.

1    Q    When the decision was made to abort the

2    dive operations for the day and return to your

3    home base, PMT's home base, how was that

4    communicated to the Cabras crew, the Cabras

5    captain? Did you them, we're done, let's go?

6    A    Mr. Rose had taken care of it. We were

7    -- myself and Mr. Mantanane, who was an EMT,

8    Ben Mantanane, he was one that did the

9    assessment and gave Mr. Barrineau a band aid.

10   I was with him at that time asking Mr.

11   Barrineau questions regarding his status and

12   how he felt. There's a checklist that you go

13   through asking questions, any kind of incident

14   like this that occurs.

15        During that time, Mr. Rose had told me

16   we're wrapping it up. I gave him, yes, we're

17   wrapping at up. The captain and the deckhand

18   were informed of our departure, our pending

19   departure and that we were going to call it a

20   day.

21        Q    And was the captain and the deckhand,

22   were they responsive to that? Did they do what

23   you wanted them to do?

24        A    Yes, they immediately disconnected the

25   mooring lines off at the Hague and then we

1  departed for Sumay Cove.

2      Q    When the Cajun returned to Sumay Cove,

3  did they -- Cabras captain or the deckhand have

4  any further involvement with subsequent events?

5      A    No, they did not.

6      Q    Okay.        (lengthy   pause;   peruses

7  documents) Almost finished here for my part.

8  There  was  also  references  in  some  of  the

9  materials that I've read as to the quarter turn

10 valves being labeled.   Are you familiar with

11 that process or procedure labeling quarter turn

12 valves?

13     A    The    term    labeling    is    probably

14 incorrect.   They were color-coded.

15     Q    Okay.   The white and the black?

16     A    Correct.

17     Q    Okay.   And by that, the umbilical cords

18 have some short of white paint or white tape?

19     A    White tape.

20     Q    Okay.

21     A    The white umbilical, which we refer to

22 as a white umbilical, had white banded tape on

23 the umbilical, the entire length of it.   Same

24 thing with the black.   The black tape, the

25 black umbilical had the black bands of tape

1  around it and it was hooked to the black
2  quarter turn valve.

3      Q   Got it, okay.

4          MR. LEDGER:   Okay.   I think I'll stop
5  for the time being.   Mr. Berline will have the
6  opportunity to ask you some questions.   I think
7  I've covered everything I have on my notes.   I
8  may have something to say after Mr. Berline is
9  finished.

10

11              **CROSS EXAMINATION**

12  BY MR. BERLINE:

13      Q   Okay.   For the record, Bruce Berline
14  representing John Brady Barrineau.   Mr.
15  Collard, you stated previously that Carey B.
16  Rose was a Diving Supervisor.

17      A   Correct.

18      Q   He was the final say -- it was his duty
19  and his responsibility to check and make sure
20  everything was being properly done, is that
21  right, as far as the diving operations on the
22  M/V Cajun.

23      A   Correct.

24      Q   Okay.   It was his responsibility to
25  ensure that the equipment was properly set up?

1    A    Correct.

2    Q    And when I say "him", I'm again talking

3 about Carey Rose.  So, even though you are the

4 president of PMT, Pro Marine Technology, he was

5 the final say even above you on the M/V Cajun,

6 is that right?

7    A    Correct.

8    Q    Now, you also stated in you previous

9 testimony with Mr. Ledger that the problem lay

10 with the masks being hooked up to the wrong

11 colored umbilical cord; is that right?

12    A    Correct.

13    Q    Okay.  If the Cajun had a larger deck,

14 large enough to separate the umbilical cords,

15 would that have at least helped in preventing

16 this accident?

17    A    It may have helped.  It may not have.

18 It was -- (pauses).  I cannot say a yes or no

19 to that question; speculating that it may have

20 helped.

21    Q    Okay.  On that deck was PMT's dive

22 equipment, on the deck of M/V Cajun; correct?

23    A    Correct.

24    Q    Also on it was the equipment for the

25 M/V Cajun itself, that was on the deck, also;

1  is that right?

2      A    No.    We would ask -- we would ensure

3  that   the   crew   members   kept   all   of   their

4  equipment completely away from ours.

5      Q    Okay.

6      A    Because of that limited space.

7      Q    Okay.    Also,  if  the  valve  had  been

8  properly  marked,  the  valve  itself,  would  that

9  have prevented you from turning it off?

10     A    The valves were properly marked.

11     Q    Were  they  labeled  as  far  as  --  let  me

12 back up.    Do  you  take  any  -  there's  a  United

13 States  Navy  Diving  Manual.    Are  you  familiar

14 with that?

15     A    Yes.

16     Q    In  your  line  of  work,  do  you  --  have

17 you read that manual?

18     A    Yes.

19     Q    Okay.    What  kind  of  weight  does  the

20 contents  of  that  manual  carry  as  far  as  your

21 diving operations?

22     A    It  carries  a  substantial  weight,  but  it

23 is  not  the  prevailing  regulations  that  we  are

24 bound by.

25     Q    Okay.    Are  you  familiar  that  in  the

1  United States Navy Diving Manual, there's a

2  requirement that all air valves that supply air

3  to divers be labeled?

4      A    I am familiar with that regulation,

5  Navy regulation.

6      Q    Do you know how those air valves are

7  supposed to be labeled pursuant into the United

8  States Navy Diving Manual?

9      A    Yes.

10     Q    Can you tell me what that is?

11     A    Each valve has to have a tag off of it

12 that would prevent the accidental closure of it

13 and it said that "This is diver's air, do not

14 close unless approved by the diving

15 supervisor".

16     Q    Okay.    So, there would be actual

17 language that says "Diver's air.    Do not

18 close"?

19     A    That's correct.

20     Q    Okay.    And then there's a second

21 element to that.    There's a physical restraint

22 on the valve itself; is that right?

23     A    That's correct.

24     Q    Okay.    Now, you said -- well, let me

25 keep going with that line of thought.    The

1    valves on the volume tank, they had direct to

2    control to diver air supply, right?

3        A    That's correct.

4        Q    Okay.    One of them supplied air to

5    Brady Barrineau who was underwater; is that

6    right?

7        A    Correct.

8        Q    And the other supplied diver air to a

9    mask that was not in use yet?

10       A    Correct.

11       Q    Okay.    Now, those valves on the volume

12   tank did not have a physical restrain on them?

13       A    No, they did not.

14       Q    Okay.    And the valves, neither the

15   valves had the language, the warning, as

16   required by the United States Navy Diving

17   Manual; correct?

18       A    Let me reiterate here, that we're not

19   subject to the United States Navy regulation.

20       Q    I'm not --

21       A    We are subject only to the CFR --

22       Q    I'm not assuming you are --

23       A    -- so your references to the U.S. Navy

24   Diving Manual is -- (pauses).

25       Q    I understand it.

1      A    Okay.

2      Q    But do you understand my question?

3      A    I understand.

4      Q    Okay.  And your answer is?

5      A    No, they were not labeled as the U.S.
6  Navy Diving regulation stipulates.

7      Q    Okay.  But your system, PMT system, was
8  a color coded system?

9      A    Correct.

10     Q    Okay.  Do you know when -- PMT employed
11  John Brady Barrineau?

12     A    Correct.

13     Q    Do you know the dates that he was
14  employed by PMT?

15     A    His appointment started on January 31st,
16  of 2005.

17     Q    Okay.  And when did it end?

18     A    May 22nd, 2005.

19     Q    Okay.    At  one  point  during  his
20  employment, PMT received a job to scrub the
21  hull of the Hague; is that right?

22     A    Correct.

23     Q    That was PMT's mission; clean the hull
24  of the Hague?

25     A    Correct.

1      Q    You needed certain elements to do that

2   job; correct?

3      A    Yes.

4      Q    You needed underwater divers; right?

5      A    Commercial divers, yes.

6      Q    Okay.    You    needed    a    mode    of

7   transportation  to  get  from  the  land  to  the

8   Hague; correct?

9      A    Correct.

10     Q    Because the Hague was not at a pier, it

11  was out in the ocean; correct?

12     A    At anchor.

13     Q    At anchor; okay.  Do you know how deep

14  the anchorage was?

15     A    No, I do not.

16     Q    Okay.  Any rough estimation that you

17  can provide me?

18     A    Apra Harbor, I would think at the --

19  below where the Hague was, was probably maybe -

20  - maybe a little over hundred feet.  I'm not

21  sure.

22     Q    Okay.  And then you needed commercial

23  divers support, diver tenders, and you needed a

24  source  of  air  and  other  accessories  to

25  accomplish the physical cleaning, such as the

1  hydraulic  brush  scrubber  and  the  hydraulic

2  power supply; correct?

3      A    Correct.

4      Q    Okay.   And  that  doesn't  need  to  be  an

5  extensive list, but those are the main elements

6  of what you needed; correct?

7      A    I understand, yes.

8      Q    Okay.   And  Brady  Barrineau  was  one  of

9  your commercial divers; is that right?

10     A    Correct.

11     Q    Okay.   And  his  job  was  to  go  underwater

12 and use a hydraulic brush scrubber to clean the

13 whole hull of the Hague?

14     A    Correct.   When  he  was  not  diving,  he

15 would be a tender.

16     Q    Okay.   So  he  had  a  dual  capacity.   He

17 was a dive tender and an actual diver?

18     A    Correct.

19     Q    Okay.   And  when  he  was  in  the  water

20 cleaning  the  hull  of  the  Hague,  he  was

21 connected to the Cajun via an umbilical cord.

22     A    No,  he  was  connected  to  the  volume

23 tank.

24     Q    Okay.   Via  an  umbilical  cord  and  that's

25 what supplied his air, correct?

1      A    Correct.

2      Q    Okay.   Now, there were two crewmen for

3   the Cajun, the captain and a crewman --

4      A    Correct.

5      Q    -- that worked for Cabras, correct?

6      A    Yes.

7      Q    Okay.   And, as far as -- no, let me

8   back up.   Brady's job is either a dive tender

9   or a commercial diver, exposed him out on that

10  job, exposed him to the risk and perils of the

11  open ocean?

12     A    Correct.

13     Q    Okay.   Just like it did, the captain of

14  the Cajun and his crewmember?

15     A    I would say, no, because as a diver

16  he's exposed to a greater risk --

17     Q    Okay.

18     A    -- than the crew members.

19     Q    Okay.   Can you explain that?   Why do

20  you say that?

21     A    The crew members weren't divers.

22     Q    Okay.

23     A    Or did they act in any capacity

24  thereof.

25     Q    And, doing work out on the open ocean

1    and doing it underwater is more dangerous than

2    doing work in the open ocean on a ship, is that

3    fair to say?

4        A    Correct.

5        Q    Okay.    The M/V Cajun, it was a United

6    States flagship, do you know?

7        A    I believe so.

8        Q    Okay.    Now, to begin this task of

9    cleaning the Hague, there is -- your equipment,

10   PMT's equipment, was loaded on to the M/V

11   Cajun, correct?

12       A    Correct.

13       Q    At the beginning of the job?

14       A    Correct.

15       Q    Okay.    And it was off-loaded at the end

16   of the job.

17       A    Correct.

18       Q    Your workdays were -- did you start at

19   7:30 in the morning and go to about 5:30 at

20   night each day?

21       A    Without referring to the time sheets, I

22   would say that's a fairly -- that was our

23   normal operations, from 7:30 to about 4:30.

24       Q    Okay.    And you worked, I think that the

25   testimony was, four and a half days on -- what