William M. Fitzgerald, Esq.
LAW OFFICE OF WILLIAM M. FITZGERALD
1st Floor, Macaranas Building
P.O. Box 909
Saipan, MP 96950
Telephone (670) 234-7241
Facsimile (670) 234-7530

Bruce Berline, Esq.
Law Office of Bruce Berline
1st Floor, Macaranas Building
P.O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Telephone: (670) 233-3663
Facsimile: (670) 233-5262

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN BRADY BARRINEAU, | CV NO. 05-0028 |
| Plaintiff, | STIPULATION RE: EXTENSION OF TIME FOR FILING OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S SUMMARY JUDGMENT AND CONTINUANCE OF SETTLEMENT CONFERENCE DATE |
| v. | |
| PROMARINE TECHNOLOGY, CABRAS MARINE CORPORATION, KENNETH COLLARD and CHIE N. COLLARD, | |
| Defendants. | Time: N/A<br>Date: N/A<br>Judge: Munson, Alex |

Plaintiff John Brady Barrineau ("Plaintiff"), by and through his counsel, Bruce Berline, and Defendant Cabras Marine Corporation, by and through its counsel, David Ledger, hereby stipulate to request this court to:

1. Allow Plaintiff to file his opposition to Defendant's Motion for Summary Judgment no later than 8:00 a.m. on Monday, April 30, 2007;

2. Allow Defendant to file its Reply to the Motion for Summary Judgement no later than May 7, 2007; and,

2. Continue the settlement conference, presently set for May 3, 2007, to May 11, 2007 at 10:00 a.m.

This stipulation is made in good faith. The stipulation for addition time is based upon the fact that William Fitzgerald has been off-island and Plaintiff needs additional time to oppose Defendant's Motion for Summary Judgment. Plaintiff's opposition is currently due today, April 26, 2007. As Plaintiff needs more time, Defendant will need extra time for its Reply as well.

As for the continuance of the settlement conference, that conference is presently set for May 3, 2007. The hearing on Defendant's Motion for Summary Judgment is set for May 10, 2007. The parties believe that settlement talks would be more productive if such talks were held after this Court hears argument on the motion for summary judgment.

Accordingly, the parties request this Court to grant their requests and order that Plaintiff's opposition to Defendant's Motion for Summary Judgment be filed with this Court no later than 8:00 a.m. on Monday, April 30, 2007, and Defendant's Reply be filed no later than May 7, 2007, and further order that the settlement conference, presently set for May 3, 2007, be scheduled for May 11, 2007 at 10:00 a.m.

So Stipulated.

Dated: 4/27/07

BRUCE BERLINE
Attorney for Plaintiff

Dated: April 27, 2007

DAVID LEDGER
Attorney for Defendant