F I L E D
Clerk
District Court

APR 30 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN BRADY BARRIENEAU,<br><br>Plaintiff,<br><br>vs.<br><br>CABRAS MARINE CORPORATION,<br><br>Defendant. | Case No. CV-05-0028<br><br>ORDER GRANTING MOTIONS FOR EXTENSION OF TIME AND MOTION TO CONTINUE SETTLEMENT CONFERENCE |

For good cause appearing, the court grants the parties' motions for an extension of time for the plaintiff to an opposition to the defendant's motion for summary judgment and for defendant to file a reply to plaintiff's opposition, if any. The court further grants the parties' motion to continue the settlement conference.

Accordingly, the plaintiff may file an opposition to the defendant's motion for summary judgment no later than **April 30, 2007, at 8:00 a.m**;

the defendant may file a reply to the plaintiff's opposition to the defendant's motion for summary judgment, if any, no later than **May 7, 2007, at 3:30 p.m.**; and

the settlement conference currently scheduled for May 3, 2007, shall be continued to **May 11, 2007, at 10:00 a.m.**

**IT IS SO ORDERED.**

**DATED** this 30th day of April, 2007.

_____
ALEX R. MUNSON
U.S. District Court Chief Judge