**William M. Fitzgerald, Esq.**
**LAW OFFICE OF WILLIAM M. FITZGERALD**
1st Floor, Macaranas Building
P.O. Box 909
Saipan, MP 96950
Telephone (670) 234-7241
Facsimile (670) 234-7530

**Bruce Berline, Esq.**
**Law Office of Bruce Berline**
1st Floor, Macaranas Building
P.O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Telephone: (670) 233-3663
Facsimile: (670) 233-5262

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN BRADY BARRINEAU, | CV NO. 05-0028 |
| Plaintiff, | STIPULATION RE: ALLOW FILING OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S SUMMARY JUDGMENT |
| v. | |
| PROMARINE TECHNOLOGY, CABRAS MARINE CORPORATION, KENNETH COLLARD and CHIE N. COLLARD, | Time: N/A<br>Date: N/A<br>Judge: Munson, Alex |
| Defendants. | |

Plaintiff John Brady Barrineau ("Plaintiff"), by and through his counsel, Bruce Berline, and Defendant Cabras Marine Corporation, by and through its counsel, David Ledger, hereby stipulate to request this court to accept Plaintiff's opposition to Defendant's Motion for Summary Judgment filed today, April 30, 2007. Over the weekend, it became apparent that counsel for plaintiff would need additional time to file his opposition. Attorney for Defendant Cabras Marine Corporation agreed to give Plaintiff until the afternoon of April 30, 2007 to file his opposition. However, given it was a weekend, there was no opportunity to file the proper stipulation and request with this Court.

1  Accordingly, the parties request this court, pursuant to the stipulation by the parties, to accept
2  Plaintiff's filing of his opposition and deem it timely.

So Stipulated.

Dated: 4/30/07

BRUCE BERLINE
Attorney for Plaintiff

Dated: 04/30/2007

DAVID LEDGER
Attorney for Defendant