# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************

CV-05-0028                                                    May 10, 2007
                                                              9:30 a.m.


### JOHN BRADY BARRINEAU  -vs- PRO MARINE TECHNOLOGY, et al

PRESENT:     Hon. Alex R. Munson, Chief Judge Presiding
             Sanae Shmull, Court Reporter
             Ellia Ciammaichella, Law Clerk
             K. Lynn Lemieux, Court Deputy
             Bruce Berline, Attorney for Plaintiff
             William Fitzgerald, Attorney for Plaintiff
             David Ledger, Attorney for Defendants Cabras Marine


PROCEEDINGS:   MOTION FOR SUMMARY JUDGMENT

   Plaintiff was represented by Attorneys Bruce Berline and William Fitzgerald. Defense was represented by Attorney David Ledger for Cabras Marine.

   Attorney Ledger argued the motion for defendants Cabras Marine. Attorney Fitzgerald argued on behalf of Plaintiffs.

   Court, after hearing all argument, ruled that the motion would be taken under advisement and a written order would be forthcoming.


                                              Adjourned at 9:40 a.m.


                                              /s/ K. Lynn Lemieux, Courtroom Deputy