**William M. Fitzgerald, Esq.**
LAW OFFICE OF WILLIAM M. FITZGERALD
1st Floor, Macaranas Building
P.O. Box 909
Saipan, MP 96950
Telephone (670) 234-7241
Facsimile (670) 234-7530

**Bruce Berline, Esq.**
**Law Office of Bruce Berline**
1st Floor, Macaranas Building
P.O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Telephone: (670) 233-3663
Facsimile: (670) 233-5262

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN BRADY BARRINEAU, ) | CV NO. 05-0028 |
| ) | |
| Plaintiff, ) | STIPULATION |
| ) | RE: VOLUNTARY DISMISSAL |
| v. ) | WITH PREJUDICE |
| ) | |
| PROMARINE TECHNOLOGY, and CABRAS ) | |
| MARINE CORPORATION, ) | |
| ) | Time: N/A |
| Defendants. ) | Date: N/A |
| ) | Judge: Munson, Alex |

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff John Brady Barrineau ("Plaintiff"), by and through his counsel of record, Bruce Berline, and Defendant Cabras Marine Corporation, by and through its counsel of record, David Ledger, hereby stipulate and agree to request this Court to dismiss this matter, in its entirety, with prejudice.

    The above parties further agree and stipulate that this Court shall retain jurisdiction over the parties and this matter for purposes of obtaining and enforcing an order in aid of judgment to enforce the terms and provisions of the settlement agreement which was executed by the parties in this action

1  and request this Court to include such provision in its Order of Dismissal.
2       Finally, the above parties agree and stipulate that each side will bear their own attorney's fees
3  and costs associated with this matter and request this Court to include such provision in its Order of
4  Dismissal.

5
6  SO STIPULATED.
7
8  DATED 5/16/07                                    _____
9                                                   BRUCE BERLINE
                                                    Attorney for Plaintiff John Brady Barrineau
10
11                                                  CARLSMITH BALL LLP
                                                    Attorneys for Defendant Cabras Marine Corporation
12
13
14  DATED May 15, 2007                              By: _____
15                                                  DAVID LEDGER